CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03643-MCS-BFM<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S REQUEST FOR CONTINUANCE OF HEARING ON APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**<br><br>*Filed concurrently with [Proposed] Order*<br><br><u>Hearing Information:</u><br>Current Date:    June 17, 2025<br>Proposed Date:   July 1, 2025<br>Time:            10:00 a.m.<br>Judge:   Hon. Brianna Fuller Mircheff |

PLAINTIFF'S REQUEST FOR CONTINUANCE OF HEARING ON APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT

## REQUEST FOR CONTINUANCE OF HEARING

Plaintiff Northern Light Medical Management, LLC ("Plaintiff") respectfully requests that the Court continue the hearing on Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment (ECF No. 14-1) from June 17, 2025, at 10:00 a.m., to July 1, 2025, at 10:00 a.m.

Defendant American Healthcare Systems Corp., Inc. ("AHSC") was served with the Summons, Complaint, and related case-initiating documents on April 28, 2025. (*See* Proof of Service, ECF No. 13.) Thus, AHSC's responsive pleading is due by May 19, 2025. On May 12, 2025, Plaintiff filed its Application for Right to Attach Order and Order for Issuance of Writ of Attachment, along with supporting documents (the "Application").

Because AHSC has neither appeared in this action nor retained counsel, Plaintiff attempted to personally serve AHSC with the Application on May 13, 2025. However, Plaintiff's process server was unable to complete service, as lobby security at AHSC's premises denied access and advised that AHSC was refusing to accept service of documents.

In light of these circumstances, Plaintiff seeks a brief continuance of the June 17, 2025 hearing to facilitate proper service of the Application on AHSC, provide AHSC sufficient opportunity to retain counsel and/or appear in this action, and comply with applicable notice requirements. Plaintiff's counsel has verified through the Court's Closed Motion calendar that the Honorable Brianna Fuller Mircheff is available on the proposed hearing date of July 1, 2025. Given the early stage of this litigation, a brief continuance will not prejudice any party because no substantive proceedings have occurred, discovery has not yet commenced, and no existing scheduling orders or deadlines will be affected.

/ / /

/ / /

/ / /

1

PLAINTIFF'S REQUEST FOR CONTINUANCE OF HEARING ON APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT

For the foregoing reasons, Plaintiff respectfully requests the Court grant this Request for Continuance and enter the concurrently filed [Proposed] Order continuing the hearing date on the Application from June 17, 2025, at 10:00 a.m. to July 1, 2025, at 10:00 a.m.

DATED: May 15, 2025                FROST LLP

By: _____
DAVID TIRATURYAN
Attorney for Plaintiff
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC