UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03643-MCS-BFM<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S REQUEST FOR CONTINUANCE OF HEARING ON APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT<br><br><u>Hearing Information:</u><br>Current Date:    June 17, 2025<br>Proposed Date:   July 1, 2025<br>Time:            10:00 a.m.<br>Judge:   Hon. Brianna Fuller Mircheff |

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF HEARING

The Court, having read and considered Plaintiff Northern Light Medical Management, LLC's ("Plaintiff") Request for Continuance of Hearing on Application for Right to Attach Order and Order for Issuance of Writ of Attachment, and good cause appearing therefor, hereby **ORDERS** as follows:

1. Plaintiff's Request for Continuance of Hearing on Application for Right to Attach Order and Order for Issuance of Writ of Attachment is GRANTED.

2. The hearing on Plaintiff's Application for Right to Attach Order and Order for Issuance of Writ of Attachment, originally scheduled for June 17, 2025, at 10:00 a.m., is CONTINUED to July 1, 2025, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: May 16, 2025

The Honorable Brianna Fuller Mircheff
UNITED STATES MAGISTRATE JUDGE