Faisal Gill (SBN 263416)
Gill Law Firm
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
310-418-6675
202-318-5331 (fax)
Fgill@glawoffice.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:25-cv-3643 |
| | | DECLARATION OF MICHAEL TARTAKOVSKY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR RIGHT ATTACH ORDER AND WRIT OF ATTACHMENT |
| Plaintiff | | |
| | | Hearing: |
| | | Judge: Hon. Brianna Fuller Mircheff |
| | | Date: June 17, 2025 |
| v. | | Time: 10:00am |
| | | Crtrm.: 780 (7th floor) |
| | | Roybal Federal Building |
| | | 255 E. Temple Street |
| | | Los Angeles, CA 90012 |
| AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al. | | Complaint Filed:   April 24, 2025 |
| Defendants | | |

I, Michael Tartakovsky, declare as follows:

1. I am the PACS Coordinator for Vista Medical Center East ("Vista") in Waukegan, Illinois. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of Defendants' Opposition

to Plaintiff's Application for a Right to Attach Order and Writ of Attachment, filed concurrently herewith.

2. Vista is an acute care hospital which provides emergency and inpatient services to the Waukegan community along with outpatient care. This care included a physicians group which provided outpatient care to our patients.

3. From on or around November 1, 2024 to January 19, 2025, Northern Light Medical Management ("NLMM") agreed to provide continuous radiological services for Vista. This responsibility included providing doctors onsite for radiology reads along with 24/7 coverage provided through teleradiology for holidays and weekends.

4. In my position, I was familiar with the doctors who performed radiology services for Vista from NMLL.

5. To my knowledge, I am unaware of the following doctors ever having performed any radiology readings for Vista: Andrew Gugliemi, Carol Ann Browning, Chinar Lath, Janine Dodds, Khoa Nguyen, Peter Peer, Sean Desilva, Shahad Bayati.

6. On a consistent, daily basis, I provided Brian Schenker, of NMLL, current numbers on the backlog of their reads for Vista. (Exh. 1).

7. Many times, NMLL would have over 300 cases backlogged for almost thirty (30) days.

8. NMLL consistently had problems providing doctors as they were scheduled.

9. On January 2, 2025, Mr. Schenker told me via email that a Dr. Hill would be coming on-site to assist from January 6-10, 2025, but to my knowledge, Dr. Hill never showed up on site.

10. On multiple occasions, at least one doctor would not be working on the shift that NMLL provided us as their time to read for Vista.

11. On one occasion, it took over a week to have a doctor from NMLL provide an addendum to their incomplete reading.

Executed on this 27th day of May, 2025, at Waukegan, Illinois.

*Michael Tartakovsky*

Michael Tartokovsky

Tuesday, May 27, 2025 at 19:56:57 Pacific Daylight Time

**Subject:** FW: Report needed ASAP
**Date:** Tuesday, May 27, 2025 at 3:59:41 PM Pacific Daylight Time
**From:** Michael Tartakovsky
**To:** Aimee Gill

### Michael Tartakovsky | PACS Coordinator
Vista Health System
1324 N Sheridan Rd, Waukegan, IL 60085
**Tel: 847-360-4168** michael.tartakovsky@amhealthsystems.com

**From:** Michael Tartakovsky
**Sent:** Thursday, January 2, 2025 2:34 PM
**To:** Brian Schenker <BrianS@northernlightmm.com>
**Cc:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>
**Subject:** Report needed ASAP

Brian,

We need following CT read and report dictated ASAP, patient just called and needs results, her appointment is coming up soon.

DOS
12/23/24
Thomas Jennifer
CT Angio Head/Neck


Thank you

### Michael Tartakovsky | PACS Coordinator
Vista Health System
1324 N Sheridan Rd, Waukegan, IL 60085
**Tel: 847-360-4168** michael.tartakovsky@amhealthsystems.com

Tuesday, May 27, 2025 at 19:57:23 Pacific Daylight Time

| | |
|---|---|
| **Subject:** | FW: Fluency and Totals January 3-5, 2025 |
| **Date:** | Tuesday, May 27, 2025 at 3:59:35 PM Pacific Daylight Time |
| **From:** | Michael Tartakovsky |
| **To:** | Aimee Gill |
| **Attachments:** | FFI Report 01-03--05-2025.xlsx |

Michael Tartakovsky | PACS Coordinator
Vista Health System
1324 N Sheridan Rd, Waukegan, IL 60085
**Tel: 847-360-4168** michael.tartakovsky@amhealthsystems.com

**From:** Michael Tartakovsky
**Sent:** Monday, January 6, 2025 8:52 AM
**To:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** Fluency and Totals January 3-5, 2025

Good morning, Brian
Total number of the unread cases, going back to December 13 is 280
Mammo: total number of the unread cases, going back to January 2 is 44, plus 1 - December 13

Michael Tartakovsky | PACS Coordinator
Vista Health System
1324 N Sheridan Rd, Waukegan, IL 60085
**Tel: 847-360-4168** michael.tartakovsky@amhealthsystems.com

Tuesday, May 27, 2025 at 19:57:40 Pacific Daylight Time

| | |
|---|---|
| **Subject:** | FW: Fluency and Totals January 8, 2025 |
| **Date:** | Tuesday, May 27, 2025 at 3:59:15 PM Pacific Daylight Time |
| **From:** | Michael Tartakovsky |
| **To:** | Aimee Gill |
| **Attachments:** | FFI Report 01-08-2025.xlsx |

Please see attached and below.

**Michael Tartakovsky | PACS Coordinator**
Vista Health System
1324 N Sheridan Rd, Waukegan, IL 60085
**Tel: 847-360-4168** michael.tartakovsky@amhealthsystems.com

**From:** Michael Tartakovsky
**Sent:** Thursday, January 9, 2025 8:19 AM
**To:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** Fluency and Totals January 8, 2025

Good morning, Brian
Total number of the unread cases, going back to December 19 is 353, and additional case (1) December 13
Mammo: total number of the unread cases, going back to January 2 is 105, plus 1 - December 13

**Michael Tartakovsky | PACS Coordinator**
Vista Health System
1324 N Sheridan Rd, Waukegan, IL 60085
**Tel: 847-360-4168** michael.tartakovsky@amhealthsystems.com

**Tuesday, May 27, 2025 at 19:57:59 Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Fluency and Totals January 17-19, 2025 and weekly report |
| **Date:** | Tuesday, May 27, 2025 at 3:58:11 PM Pacific Daylight Time |
| **From:** | Michael Tartakovsky |
| **To:** | Aimee Gill |
| **Attachments:** | FFI Report 01-17--19-2025.xlsx, 02 Weekly FFI Report 01-13--19-2025.xlsx |

Please see attached and below

**Michael Tartakovsky | PACS Coordinator**
Vista Health System
1324 N Sheridan Rd, Waukegan, IL 60085
**Tel: 847-360-4168** michael.tartakovsky@amhealthsystems.com

---

**From:** Michael Tartakovsky
**Sent:** Monday, January 20, 2025 9:27 AM
**To:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** Fluency and Totals January 17-19, 2025 and weekly report

Good morning, Brian
Total number of the unread cases, going back to January 6 is 357
Mammo: total number of the unread cases, going back to January 6 is 173

**Michael Tartakovsky | PACS Coordinator**
Vista Health System
1324 N Sheridan Rd, Waukegan, IL 60085
**Tel: 847-360-4168** michael.tartakovsky@amhealthsystems.com

**Tuesday, May 27, 2025 at 19:59:03 Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Fluency and Totals |
| **Date:** | Tuesday, May 27, 2025 at 7:58:54 PM Pacific Daylight Time |
| **From:** | Aimee Gill |
| **To:** | Aimee Gill |
| **Attachments:** | FFI Report 11-11-2024.xlsx |

**From:** Michael Tartakovsky
**Sent:** Tuesday, November 12, 2024 8:35 AM
**To:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** Fluency and Totals

Brian,
Total number of the unread cases, going back to October 21 is 434, with 1 dated to 10/16 - pt was left voice mail to comeback for additional images per Dr. Wilbur request (CT Chest study)
Mammo: unread cases 258 going back to October 22, with 1 case going back to 10/21. Total 259

Michael Tartakovsky | PACS Coordinator
Vista Medical Center East
1324 N Sheridan Rd, Waukegan, IL 60085
**Tel: 847-360-4168** michael.tartakovsky@amhealthsystems.com