Faisal Gill (SBN 263416)
Gill Law Firm
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
310-418-6675
202-318-5331 (fax)
Fgill@glawoffice.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff<br><br>v.<br><br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al.<br><br>Defendants | CASE NO. 2:25-cv-3643<br><br>DECLARATION OF ANTHONY SUNZERI IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR RIGHT ATTACH ORDER AND WRIT OF ATTACHMENT<br><br>Hearing:<br>Judge: Hon. Brianna Fuller Mircheff<br>Date: June 17, 2025<br>Time: 10:00am<br>Crtrm.: 780 (7th floor)<br>    Roybal Federal Building<br>    255 E. Temple Street<br>    Los Angeles, CA 90012<br><br>Complaint Filed:    April 24, 2025 |

I, Anthony Sunzeri, declare as follows:

1. I am the Chief Financial Officer for Vista Medical Center East ("Vista") in Waukegan, Illinois. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of Defendants' Opposition

to Plaintiff's Application for a Right to Attach Order and Writ of Attachment, filed concurrently herewith.

2. Vista is an acute care hospital which provides emergency and inpatient services to the Waukegan community along with outpatient care. This care included a physicians group which provided outpatient care to our patients.

3. From on or around November 1, 2024 to January 19, 2025, Northern Light Medical Management ("NLMM") agreed to provide continuous radiological services for Vista. This responsibility included providing doctors onsite for radiology reads along with 24/7 coverage provided through teleradiology for holidays and weekends.

4. Vista paid their portion of the Cerner integration to Oracle on December 23, 2024.

5. To my knowledge, NLMM never provided a Medical Director for Radiology Services as required under their contract.

6. Further, NLMM never completed requirements for any of their doctors to be credentialed with Vista.

7. In Invoice #000294, NLMM charged Vista for workstations for doctors who never even received temporary privileges to work at the hospital. This invoice called for workstations for sixteen (16) different doctors, costing $106,557.27, with some individuals doctors costing over $17,000.00, which was in stark contrast to the pro forma invoice calling for three (3) workstations at $6,000.00 each. (Exh. 1).

Executed on this 27th day of May, 2025, at Waukegan, Illinois.

*Anthony Sunzeri*
Anthony Sunzeri

**Tuesday, May 27, 2025 at 19:52:59 Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Northern Lights Radiologists - Were these Credentialled |
| **Date:** | Tuesday, May 27, 2025 at 6:23:33 PM Pacific Daylight Time |
| **From:** | Anthony Sunzeri |
| **To:** | Mona Armstrong |
| **CC:** | Aimee Gill |
| **Attachments:** | image001.png |

Thanks Mona!


Best Regards,

Anthony Sunzeri
Midwest Chief Financial Officer
Gateway Regional Medical Center & Vista Health System
Office Number: (847)-360-4005
Mobile: (484)-889-9111
anthony.sunzeri@amhealthsystems.com

---

**From:** Mona Armstrong <Mona.Armstrong@amhealthsystems.com>
**Sent:** Tuesday, May 27, 2025 6:56 PM
**To:** Anthony Sunzeri <Anthony.Sunzeri@amhealthsystems.com>
**Cc:** Aimee Gill <agill@amhealthsystems.com>
**Subject:** Re: Northern Lights Radiologists - Were these Credentialled

Anthony!

None of the Northern Lights physicians ever got fully credentialed. There were several that received temporary privileges as noted below:

| Date | Doctor | Status |
|---|---|---|
| 10/29/2025 | Andrew Gugliemli | Started never completed |
| 1/2/2025 | Brad Abrmason | Temporary privileges granted 01/20/2025 fully credentialed 01/21/2025 |
| 12/13/2024 | Carol Ann Browning | Started never completed |
| 11/27/2024 | Chinar Lath | Started never completed |
| 10/28/2024 | Christopher John | Temporary privileges granted 11/01/2024 never completed credentialing |
| 10/29/2024 | Michael Wilbur | Temporary privileges granted 11/01/2024 never completed credentialing |
| 10/7/2024 | Ifoma Aguanunu | Temporary privileges granted 10/10/2024 never completed credentialing |
| 10/28/2024 | Janine Dodds | Started never completed |
| 10/7/2024 | Jeffrey Bong | Temporary privileges granted 10/10/2024 never completed credentialing |
| 10/9/2024 | Jonathan Hays | Temporary privileges granted 11/01/2024 never completed credentialing |
| 10/29/2024 | Khoa Nguyen | Started never completed |
| 12/13/2024 | Peter Peer | Temporary privileges granted 01/03/2025 never completed credentialing |
| 10/29/2024 | Sean Desilva | Started never completed |
| 11/20/2024 | Shahad Bayati | Started never completed |
| 10/29/2024 | Shingo Kihira | Temporary privileges granted 11/01/2024 never completed credentialing |
| 10/29/2024 | William Andrew Lynn | Temporary privileges granted 11/13/2024 never completed credentialing |

Credentialing was never completed as request for missing items was never fulfilled.

Let me know if you need anything further!

**Should you have any questions or need additional information, please feel free to contact me!**

**Have a good day!**

**Thank you!**
**Mona L Armstrong**
**Executive Assistant\Medical Staff Supervisor**

Vista Medical Center

1324 N Sheridan Road

Waukegan, IL 60085

O 847-360-4000 F 847-360-4269

mona.armstrong@amhealthsystems.com

*Exceeding the expectations of our patients, providers, and hospital partners.*[SM]

**Upcoming Time off:**

**The information contained in this communication is confidential and may include information protected by HIPAA (45 CFR Parts 160-164). It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation to the contents of this information is strictly prohibited, and may result in civil or criminal penalties. If you are not the intended recipient, please delete it and immediately notify the sender by separate email and permanently destroy all copies of this email and any attachments from your devices.**

**From:** Anthony Sunzeri <Anthony.Sunzeri@amhealthsystems.com>
**Sent:** Tuesday, May 27, 2025 5:51 PM
**To:** Mona Armstrong <Mona.Armstrong@amhealthsystems.com>
**Cc:** Aimee Gill <agill@amhealthsystems.com>
**Subject:** Northern Lights Radiologists - Were these Credentialled

Hi Mona – were these radiologists credentialled – need to know these asap?

| Date | Doctor | Description |
|---|---|---|
| 10/29/2024 | Andrew Gugliemli | Radiology Workstation |
| 1/2/2025 | Brad Abramson | Mammo Radiology Workstation |
| 12/13/2024 | Carol Ann Browning | Radiology Workstation |
| 11/27/2024 | Chinar Lath | Mammo Radiology Workstation |
| 10/28/2024 | Christopher John | Radiology Workstation |
| 10/29/2024 | Michael Wilbur | Radiology Workstation |
| 10/7/2024 | Ifoma Aguanunu | Speech Mike |
| 10/28/2024 | Janine Dodds | Radiology Workstation |
| 10/7/2024 | Jeffrey Bong | Radiology Workstation |
| 10/9/2024 | Jonathan Hays | Workstation |
| 10/29/2024 | Khoa Nguyen | Radiology Workstation |
| 12/13/2024 | Peter Peer | Mammo Radiology Workstation |
| 10/29/2024 | Sean DeSilva | Radiology Workstation |
| 11/20/2024 | Shahad Bayati | Mammo Radiology Workstation |
| 10/29/2024 | Shingo Kihira | Radiology Workstation |
| 10/29/2024 | William andrew Lynn | Radiology Workstation |

Best Regards,

Anthony Sunzeri
Midwest Chief Financial Officer
Gateway Regional Medical Center & Vista Health System
Office Number: (847)-360-4005
Mobile: (484)-889-9111
[anthony.sunzeri@amhealthsystems.com](mailto:anthony.sunzeri@amhealthsystems.com)

EXHIBIT 2

**Vista Medical Center East**
**Illinois Pass-Through Workstation Worksheet**
**Month**                                          **Jan-25**

|  | Total |
|---|---|
| Workstations and Monitors | $ 124,557.26 |
| **Credit:** | |
| Workstations (@ $6,000 Each) | $ (18,000.00) |
| **Pass-Through to Hospital** | **$ 106,557.26** |

| Date | Doctor | Description | Amount |
|---|---|---|---|
| 10/29/24 | Andrew Gugliemli | Radiology Workstation | $ 5,958.14 |
| 1/2/25 | Brad Abramson | Mammo Radiology Workstation | $ 17,690.56 |
| 12/13/24 | Carol Ann Browning | Radiology Workstation | $ 5,411.09 |
| 11/27/24 | Chinar Lath | Mammo Radiology Workstation | $ 17,334.70 |
| 10/28/24 | Christopher John | Radiology Workstation | $ 4,579.04 |
| 10/29/24 | Michael Wilbur | Radiology Workstation | $ 4,827.74 |
| 10/7/24 | Ifoma Aguanunu | Speech Mike | $ 255.58 |
| 10/28/24 | Janine Dodds | Radiology Workstation | $ 6,543.70 |
| 10/7/24 | Jeffrey Bong | Radiology Workstation | $ 4,814.80 |
| 10/9/24 | Jonathan Hays | Workstation | $ 1,866.31 |
| 10/29/24 | Khoa Nguyen | Radiology Workstation | $ 5,165.78 |
| 12/13/24 | Peter Peer | Mammo Radiology Workstation | $ 15,682.56 |
| 10/29/24 | Sean DeSilva | Radiology Workstation | $ 4,827.75 |
| 11/20/24 | Shahad Bayati | Mammo Radiology Workstation | $ 18,301.03 |
| 10/29/24 | Shingo Kihira | Radiology Workstation | $ 5,356.12 |
| 10/29/24 | William andrew Lynn | Radiology Workstation | $ 5,942.36 |
| | | | $ 124,557.26 |