Faisal Gill (SBN 263416)
Gill Law Firm
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
310-418-6675
202-318-5331 (fax)
Fgill@glawoffice.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff<br><br>v.<br><br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al.<br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:25-cv-3643<br><br>DECLARATION OF FAISAL GILL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR RIGHT ATTACH ORDER AND WRIT OF ATTACHMENT<br><br>Hearing:<br>Judge: Hon. Brianna Fuller Mircheff<br>Date: June 17, 2025<br>Time: 10:00am<br>Crtrm.: 780 (7th floor)<br>    Roybal Federal Building<br>    255 E. Temple Street<br>    Los Angeles, CA 90012<br><br>Complaint Filed:    April 24, 2025 |

I, Faisal Gill, declare as follows:

1. I am the Chief Legal Officer for American Healthcare Systems. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and, if called upon to testify as a witness, I could and would competently testify thereto. I

    make this Declaration in support of Defendants' Opposition to Plaintiff's Application for a Right to Attach Order and Writ of Attachment, filed concurrently herewith.

2. Vista is an acute care hospital which provides emergency and inpatient services to the Waukegan community along with outpatient care. This care included a physicians group which provided outpatient care to our patients.

3. Prior to entering into the Master Services Agreement in or around summer of 2024 with Northern Lights Medical Management, LLC ("NLMM"), NLMM presented their experience and abilities to our corporate team, which I witnessed.

4. During their presentation, representatives for Northern Lights stated that they had many years of experience providing radiology services, including staffing full time physicians, for hospitals.

5. They further stated that they had doctors already recruited and ready to provide services to Vista Hospital prior to adding Vista to our Master Services Agreement.

6. NLMM also assured us that they would provide recruiting services and other logistical services for radiology through a Medical Director.

7. Because of the shortage of radiology services and relying on NLMM's statements that they more than enough experience and were well prepared to provide services immediately, we entered into an agreement with NLMM to provide services for Vista.

8. Based on their failure to provide coverage, Medical Director services, and timely and correct readings as required by the Contract, it is clear that NLMM knew their statements to AHS to induce them into the contract for Vista were false.

9. Vista relied on NLMM's statements to their detriment when they paid money to NLMM to start services and paid money to Oracle for the Cerner technology integration for NLMM.

Executed on this 27th day of May, 2025, at Waukegan, Illinois.

*Faisal Gill*
_____
Faisal Gill