

**VISTA HEALTH SYSTEM**

**HEALTHCARE SAFETYZONE®** powered by CLARITY

Natalie Butler  Logout Current Form: Patient Form

**Event Number: 2015**

## Live Event

| Question | Answer |
|---|---|
| Event Date/Time: | 12/12/2024 02:15 |
| Patient Account Number: | 6391514 |
| Patient First Name: | HEIDY |
| Patient Last Name: | Alvaradoalvarado |
| Patient Date Of Birth: (MM/DD/YYYY) | 08/17/2005 |
| Gender: | Female |
| What is the patient's ethnicity: | NO ANSWER |
| What is being reported? | Unsafe Condition: Any circumstance that increases the probability of a patient safety event. |
| Event Type: | Radiology |
| Sub Event Type: | Report Discrepancy |
| Location: | Vista Medical Center East |
| Sub-Location: | Radiology/Imaging |
| Sub-Sub-Location: | Ultrasound |
| Specific Location: | NO ANSWER |
| Describe the Event: | patient had a fetal anatomic survey ultrasound, Dr. Wilbur signed off the report stating that the survey was not performed. I received a call for addendum from Lake county health department as they were concerned survey was not dictated but it was ordered and done, |
| Contributing Factors: (Select all that apply) | NO ANSWER |
| Was the event witnessed? | NO ANSWER |
| Reporter Name: | Anita Ashraf |
| Reporter Title: | ultrasound tech |

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.
Confidential Information: Quality Assurance Process
This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

**Event Number: 2015**

## Follow up

## Communication Center

| User | Notified | Review Completed | Last Reviewed | First Reviewed | Access |
|---|---|---|---|---|---|
| ✉ Natalie Butler | 12/12/2024 14:31 | | 12/12/2024 14:49 | 12/12/2024 14:49 | Rule |
| ✉ Victoria Craig | 12/12/2024 14:31 | | 12/18/2024 12:13 | 12/16/2024 08:24 | Rule |
| ✉ Bruce Mackenzie | 12/12/2024 14:51 | | | | Invited |
| John Maslowski | 12/12/2024 14:31 | | | | Rule |
| Jennifer Massey | 12/12/2024 14:31 | | | | Rule |
| ✉ Diane Rolston | 12/12/2024 14:31 | | | | Rule |

Click to show view reminders

**NOTE:** Required questions marked with *

**Comments:**

Add Comment

| Comment | User | Date Time |
|---|---|---|
| MD to be discussed by CMO and company for multiple concerning reads | Natalie Butler | 12/12/2024 14:52 |

**Severity Level:**

No apparent injury/ No harm/ Did reach patient (Level 2)

**\*Status:**

Submitted

**Submitted Date/Time:**                                    **12/12/2024 14:31**

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

Clarity Group, Inc. Copyright © 2025

VISTA HEALTH SYSTEM


HEALTHCARE SAFETYZONE® powered by CLARITY

Natalie Butler  Logout  Current Form: Patient Form

**Event Number: 2013**

## Live Event

| Question | Answer |
| --- | --- |
| Event Date/Time: | 12/12/2024 10:15 |
| Patient Account Number: | 6395734 |
| Patient First Name: | roberta |
| Patient Last Name: | garland |
| Patient Date Of Birth: (MM/DD/YYYY) | 04/08/1962 |
| Gender: | Female |
| What is the patient's ethnicity: | Unknown |
| What is being reported? | Unsafe Condition: Any circumstance that increases the probability of a patient safety event. |
| Event Type: | Radiology |
| Sub Event Type: | Report Discrepancy |
| Location: | Vista Medical Center East |
| Sub-Location: | Radiology/Imaging |
| Sub-Sub-Location: | CT |
| Specific Location: | NO ANSWER |
| Describe the Event: | Patient had CT low dose lung screening. The findings and impression were discordant. Dr Wilbur notified, did addendum that was still discordant. |
| Contributing Factors: (Select all that apply) | Unknown |
| Was the event witnessed? | NO ANSWER |
| Reporter Name: | Michele Newby |
| Reporter Title: | Oncology Nurse Navigator |

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

**Event Number: 2013**

## Follow up

## Communication Center

| User | Notified | Review Completed | Last Reviewed | First Reviewed | Access |
| --- | --- | --- | --- | --- | --- |
| ✉ Natalie Butler | 12/12/2024 12:40 | | 12/12/2024 12:53 | 12/12/2024 12:52 | Rule |
| ✉ Victoria Craig | 12/12/2024 12:40 | | 12/18/2024 12:19 | 12/16/2024 08:24 | Rule |
| ✉ Bruce Mackenzie | 12/12/2024 12:53 | | | | Invited |
| John Maslowski | 12/12/2024 12:40 | | | | Rule |
| Jennifer Massey | 12/12/2024 12:40 | | | | Rule |
| ✉ Diane Rolston | 12/12/2024 12:40 | | | | Rule |

Click to show view reminders

View / Assign Tasks                                                                                          Assign Task

**NOTE:** Required questions marked with *

**Comments:**

Add Comment

| Comment | User | Date Time |
|---|---|---|
| discussed with CMO - group working to replace MD as there have been numerous questions regarding quality/competency of the provider | Natalie Butler | 12/12/2024 12:54 |

**Severity Level:**

No apparent injury/ No harm/ Did reach patient (Level 2)

**\*Status:**

Submitted

**Submitted Date/Time:**   12/12/2024 12:40

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

Clarity Group, Inc. Copyright © 2025




**VISTA HEALTH SYSTEM**

HEALTHCARE SAFETYZONE® powered by CLARITY

Natalie Butler   Logout Current Form: Patient Form

**Event Number: 1882**

## Live Event

| Question | Answer |
|---|---|
| Event Date/Time: | 11/14/2024 10:18 |
| Patient Account Number: | 6389948 |
| Patient First Name: | Kari |
| Patient Last Name: | Farias |
| Patient Date Of Birth: (MM/DD/YYYY) | 06/05/1968 |
| Gender: | Female |
| What is the patient's ethnicity: | NO ANSWER |
| What is being reported? | Unsafe Condition: Any circumstance that increases the probability of a patient safety event. |
| Event Type: | Radiology |
| Sub Event Type: | Report Discrepancy |
| Location: | Vista Medical Center East |
| Sub-Location: | Radiology/Imaging |
| Sub-Sub-Location: | CT |
| Specific Location: | NO ANSWER |
| Describe the Event: | Patient had low dose CT on 11/5/24, several errors on the report. The findings and Impression do not match correctly, and the Lung RADS should include PET possible |
| Contributing Factors: (Select all that apply) | Human Factors~Staff qualifications |
| Human Factors: | NO ANSWER |
| Staff qualifications: | Unknown |
| Was the event witnessed? | No |
| Reporter Name: | Michele Newby |
| Reporter Title: | Nurse Navigator |

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

**Event Number: 1882**

## Follow up

## Communication Center

| User | Notified | Review Completed | Last Reviewed | First Reviewed | Access |
|---|---|---|---|---|---|
| ☒ Natalie Butler | 11/18/2024 15:24 | | 11/18/2024 15:41 | 11/18/2024 15:41 | Rule |
| ☒ Victoria Craig | 11/18/2024 15:24 | | 11/19/2024 07:41 | 11/19/2024 07:41 | Rule |
| John Maslowski | 11/18/2024 15:24 | | | | Rule |
| Jennifer Massey | 11/18/2024 15:24 | | | | Rule |
| ☒ Diane Rolston | 11/18/2024 15:24 | | 11/18/2024 15:26 | 11/18/2024 15:26 | Rule |

Click to show view reminders

**NOTE:** Required questions marked with *

**Comments:**

Add Comment

| Comment | User | Date Time |
|---|---|---|
| will send to leadership for quality of reads/peer | *Natalie Butler* | *11/18/2024 15:41* |

**Severity Level:**

[ dropdown ]

***Status:**

Submitted

**Submitted Date/Time:**                              **11/18/2024 15:24**

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

Clarity Group, Inc. Copyright © 2025