# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP. INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−03643−MCS−BFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   5/27/2025

Document No.:   19

Title of Document:    RE ANSWER AND COUNTERCLAIM by Waukegan Illinois Hospital Compnany, LLC, American Healthcare Systems Corp. Inc

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1−1 no notice of interested parties.

Filer ERRONEOUSLY counterclaimed against themselves instead of selecting the correct counterdefendant Northern Light Medical Management, LLC as named therein. Clerk is authorized to correct this filer clerical error ONLY by terming erroneously counterdefendants and adding correct counter defendant as reflected in the pleading.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  May 28, 2025          By:  /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS