NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Faisal Gill (263416)
Aimee Gill (326758)
505 N Brand Blvd Suite 1200
Glendale, CA 91203
(310)418-6675
fgill@glawoffice.com
agill@glawoffice.com

ATTORNEY(S) FOR: American Healthcare Systems Corp., Inc., et al.

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northern Lights Medical Management, LLC<br><br>Plaintiff(s),<br>v.<br>American Healthcare Systems Corp., Inc.,<br>Waukegan Illinois Hospital Company, LLC<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   AHS Corp., Inc., Waukegan Illinois Hospital Company, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| American Healthcare Systems Corp., Inc. | Defendant |
| Waukegan Illinois Hospital Company, LLC | Defendant |
| Northern Lights Medical Management, LLC | Plaintiff |

05/29/2025
Date

/s/ Faisal Gill
Signature

Attorney of record for (or name of party appearing in pro per):

AHS Corp., Inc., Waukegan Illinois Hospital Company, LLC