# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP. INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−03643−MCS−BFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   5/29/2025

Document No.:   24

Title of Document:   Certificate/Notice of Interested Parties by Defendant American Healthcare Systems Corp and Waukegan Illinois Hospital Company LLC

**ERROR(S) WITH DOCUMENT:**

The following error(s) was/were found: Case Number Missing on the form/LEFT BLANK.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: May 29, 2025       By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS