# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP. INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−03643−MCS−BFM<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 5/29/2025 | 24 | Certificate/Notice of Interested Parties by Defendant American Healthcare Systems Corp and Waukegan Illinois Hospital Company LLC |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: May 29, 2025

/s/ *Mark C. Scarsi*
United States District Judge

Case 2:25-cv-03643-MCS-BFM    Document 26    Filed 05/29/25    Page 2 of 2    Page ID #:331

G-112B (07/24) **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**