# EXHIBIT A

**American Health Systems**
**Vista Medical**
**IL Pass-Through Locum Tenens Worksheet**
**Month          Dec-24**

| | | |
|---|---|---|
| **Direct Hire Physicians** | $ | 146,183.61 |
| **Contract Labor** | $ | 312,896.86 |
| | | |
| **Total Physician Expense** | **$** | **459,080.47** |

| **Credits** | **Annual** | **Monthly** |
|---|---|---|
| Labor | $ 1,687,500.00 | $   140,625.00 |
| Teleradiology | $ 1,273,090.00 | $   106,090.83 |
| Total Credits | $ 2,960,590.00 | **$   246,715.83** |
| | | |
| **Pass-Through to Hospital** | **$** | **212,364.64** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Company name:** | Northern Light Medical Management | | | | | | | |
| **Report name:** | Bills analysis report | | | | | | | |
| **Created on:** | 12/30/2024 | | | | | | | |
| **51020--Locum Tenens** | | | | | | | | |
| **GL account** | **Date** | **Vendor** | **Bill no.** | **Description** | **Department** | **Location** | **Allocation** | **Amount** |
| | 12/9/2024 | V-000005--Med X | 101046 | ▮▮▮ 12/09/2024 - 12/15/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 2,800.00 |
| | 12/11/2024 | V-000013--Jobot | IN00002427 | ▮▮▮ 12/02/2024-12/08/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 23,520.00 |
| | 12/24/2024 | V-000013--Jobot | IN00003640 | ▮▮▮ 12/18/2024-12/21/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 19,900.00 |
| | 12/13/2024 | V-000031--AMN Healthcare Locum Tenens | 10646468 | ▮▮▮ 11/24/2024-11/25/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 1,050.00 |
| | 12/15/2024 | V-000198--Medstaff National Medical Staffing | 40274 | ▮▮▮ 12/08/2024-12/15/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 21,160.00 |
| | 12/31/2024 | V-000031--AMN Healthcare Locum Tenens | 10650373 | ▮▮▮ 12/08/2024-12/14/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 46,725.00 |
| | 1/3/2025 | V-000031--AMN Healthcare Locum Tenens | 10651924 | ▮▮▮ 12/15/2024-12/28/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 22,050.00 |
| | 1/8/2025 | V-000198--Medstaff National Medical Staffing | 40327 | ▮▮▮ 12/16/2024-12/22/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 39,045.00 |
| | 1/8/2025 | V-000013--Jobot | IN00004181 | ▮▮▮ 12/23/2024-12/29/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 22,053.60 |
| | 1/9/2025 | V-000005--Med X | 100936 | ▮▮▮ 12/02/2024 - 12/08/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 33,712.50 |
| | 1/15/2025 | V-000005--Med X | 101076 | ▮▮▮ 12/16/2024 - 12/22/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 18,880.00 |
| | 1/15/2025 | V-000005--Med X | 101059 | ▮▮▮ 12/16/2024 - 12/22/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 11,200.00 |
| | 1/16/2025 | V-000013--Jobot | IN00003288 | ▮▮▮ 12/09/2024-12/12/2024 Discou | 110--PHYSICIANS | 701--Vista Medical Center East | | 15,245.76 |
| | 1/16/2025 | V-000005--Med X | 101100 | ▮▮▮ 12/23/2024 - 12/29/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 31,505.00 |
| | 1/16/2025 | V-000005--Med X | 101102 | ▮▮▮ 12/23/2024 - 12/29/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 2,100.00 |
| | 1/16/2025 | V-000005--Med X | 101086 | ▮▮▮ 12/23/2024 - 12/29/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 1,950.00 |
| | | | | | | | | 312,896.86 |

**Company name:** Northern Light Medical Management
**Report name:** Bills analysis report
**Created on:** 12/20/2024
**Department:** 110--PHYSICIANS
**51010--Contract Labor**

| GL account | Date | Vendor | Bill no. | Description | Department | Location | Allocation | Amount |
|---|---|---|---|---|---|---|---|---|
| | 1/16/2025 | V-000219- ████████ | Dec-24 | 12/18/2024-12/29/2024 | 110--PHYSICIANS | 701--Vista Medical Center East | | 11,950.00 |
| | 1/8/2025 | V-000200- ████████ | 2 | ████████ 12/02/2024-12/31/2024 Pending | 110--PHYSICIANS | 701--Vista Medical Center East | | 71,491.61 |
| | 1/2/2025 | V-000172- ██████████ | #003 | ████████ 12/02/2024-12/26/2024 Appr | 110--PHYSICIANS | 701--Vista Medical Center East | | 27,500.00 |
| | 1/1/2025 | V-000018- ████████ | P██ | ████████ 12/04/2024-12/31/2024 Pending R | 110--PHYSICIANS | 701--Vista Medical Center East | | 35,242.00 |
| | | | | | | | | 146,183.61 |

**American Health Systems**
**Vista Medical**
**IL Pass-Through Locum Tenens Worksheet**
**Month          Jan-25**

| | | |
|---|---|---|
| **Direct Hire Physicians** | $ | 48,586.25 |
| **Contract Labor** | $ | 141,461.77 |
| **Total Physician Expense** | $ | **190,048.02** |

| **Credits** | **Annual** | **Monthly** |
|---|---|---|
| Labor | $ 1,687,500.00 | $ 89,062.50 |
| Teleradiology | $ 1,273,090.00 | $ 67,190.86 |
| Total Credits | $ 2,960,590.00 | **$ 156,253.36** |
| **Pass-Through to Hospital** | | **$ 33,794.66** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Company name:** | Northern Light Medical Management | | | | | | |
| **Report name:** | Bills analysis report | | | | | | |
| **Created on:** | 2/21/2025 | | | | | | |
| **51020--Locum Tenens** | | | | | | | |

| GL account | Date | Vendor | Bill no. | Description | Department | Location | Allocation | Amount |
|---|---|---|---|---|---|---|---|---|
| | 1/21/2025 | V-000198--Medstaff National Medical Staffing | 40383 | ████ 01/02/2025-01/10/2025 | 110--PHYSICIANS | 701--Vista Medical Center East | | 23,688.00 |
| | 1/23/2025 | V-000031--AMN Healthcare Locum Tenens | 10656465 | ████ 01/10/2025-01/11/2025 | 110--PHYSICIANS | 701--Vista Medical Center East | | 7,350.00 |
| | 1/27/2025 | V-000005--Med X | 101341 | ████ 01/13/2025-01/19/2025 | 110--PHYSICIANS | 701--Vista Medical Center East | | 31,200.00 |
| | 1/31/2025 | V-000008--LocumTenens.com | AS1089325 | ████ 01/07/2025-01/08/2025 | 110--PHYSICIANS | 701--Vista Medical Center East | | 14,072.99 |
| | 1/31/2025 | V-000008--LocumTenens.com | AS1089487 | ████ 01/08/2025-01/17/2025 | 110--PHYSICIANS | 701--Vista Medical Center East | | 48,122.09 |
| | 1/31/2025 | V-000031--AMN Healthcare Locum Tenens | 72010659542 | ████ 01/19/2025 | 110--PHYSICIANS | 701--Vista Medical Center East | | 7,875.00 |
| | 1/31/2025 | V-000031--AMN Healthcare Locum Tenens | 72010660629 | ████ 01/18/2025 | 110--PHYSICIANS | 701--Vista Medical Center East | | 8,400.00 |
| | 1/31/2025 | V-000008--LocumTenens.com | AS1092347 | ████ 01/12/2025-01/18/2025 F | 110--PHYSICIANS | 701--Vista Medical Center East | | 753.69 |
| | | | | | | | | 141,461.77 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Company name:** | Northern Light Medical Management | | | | | | | | |
| **Report name:** | Bills analysis report | | | | | | | | |
| **Created on:** | 2/21/2025 | | | | | | | | |
| **Department:** | 110--PHYSICIANS | | | | | | | | |

| GL account | Date | Vendor | Bill no. | Description | Physician | Department | Location | Allocation | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | 1/31/2025 | V-000125- ████ | January 2025 ██ | | ████ | 110--PHYSICIANS | 701--Vista Medical Center East | | 948.75 |
| | 2/1/2025 | V-000172- ████████ | #004 Jan | ████ 01/01/2025-01/24/2025 ████ | | 110--PHYSICIANS | 701--Vista Medical Center East | | 7,687.50 |
| | 1/19/2025 | V-000200- ████████ | 3 | ████ 01/02/2025-01/17/2025 Pending approval | | 110--PHYSICIANS | 701--Vista Medical Center East | | 38,600.00 |
| | 1/31/2025 | V-000219- ██████ | Jan-25 | 1/1/2025 | | 110--PHYSICIANS | 701--Vista Medical Center East | | 1,350.00 |
| | | | | | | | | | 48,586.25 |