CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

Faisal Gill (SBN 263416)
fgill@glawoffice.com
Aimee Gill (SBN 326758)
agill@glawoffice.com
GILL LAW FIRM
505 N. Brand Blvd., Suite 1200
Glendale, California 91203
Telephone: (310) 418-6675
Facsimile: (202) 318-5331

Attorneys for Defendants and Counterclaimant
AMERICAN HEALTHCARE SYSTEMS CORP., INC. and WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,

Plaintiff,

vs.

AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,

Defendants.

Case No. 2:25-cv-03643-MCS-BFM

*Assigned to: Hon. Mark C. Scarsi*

**JOINT STIPULATION FOR LEAVE TO ALLOW AMERICAN HEALTHCARE SYSTEMS CORP., INC. TO FILE SECOND AMENDED COUNTERCLAIM**

Action Filed: April 24, 2025
Trial Date: Not Set

AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation,

Counterclaimant,

vs.

NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,

Counter-Defendant.

# JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15, Plaintiff Northern Light Medical Management, LLC ("Plaintiff" or "NLMM") and Defendants American Healthcare Systems Corp., Inc. ("AHSC") and Waukegan Illinois Hospital Company, LLC ("Vista," and together with AHSC, "Defendants") (collectively, the "Parties"), by and through their counsel, stipulate as follows:

**WHEREAS**, on April 24, 2025, NLMM filed its Complaint in this action against AHSC and Vista, asserting claims for (i) Breach of Contract; (ii) Breach of the Implied Covenant of Good Faith and Fair Dealing; (iii) Common Count: Goods and Services Rendered; and (iv) Accounting;

**WHEREAS**, Defendants filed an Answer and Counterclaim to NLMM's Complaint on May 27, 2025, wherein AHSC asserted a claim for Fraud against NLMM;

**WHEREAS**, on June 10, 2025, counsel for the Parties met and conferred pursuant to Local Rule 7-3 regarding NLMM's anticipated Motion to Dismiss and Motion to Strike as to various alleged defects in AHSC's Answer and Counterclaim;

**WHEREAS**, the Parties agreed during the June 10, 2025 conference of counsel that AHSC would amend its Counterclaim pursuant to Federal Rule of Civil Procedure 15(a)(1)(A);

**WHEREAS**, AHSC subsequently filed its Answer and First Amended Counterclaim on June 17, 2025;

**WHEREAS**, NLMM's current deadline to respond to the First Amended Counterclaim is July 1, 2025;

**WHEREAS**, on June 24, 2025, counsel for the Parties conducted a further meet and confer pursuant to Local Rule 7-3, during which NLMM identified further alleged deficiencies in AHSC's First Amended Counterclaim;



FROST

**WHEREAS**, as a result of those discussions on June 24, 2025, AHSC now intends to file a Second Amended Counterclaim, a true and correct copy of which is attached hereto as Exhibit A;

**WHEREAS**, NLMM stipulates to the filing of the Second Amended Counterclaim to clarify and narrow the issues in dispute and promote the efficient resolution of this action;

**WHEREAS**, by stipulating to AHSC's filing of its Second Amended Counterclaim, NLMM does not concede, admit, or waive any objections to the sufficiency, validity, or accuracy of any allegations set forth therein, and expressly reserves all rights, defenses, and arguments, including but not limited to the right to bring motions challenging any and all claims and allegations asserted in the Second Amended Counterclaim; and

**WHEREAS**, a Scheduling Conference in this matter is currently set for July 21, 2025.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. AHSC shall file its Second Amended Counterclaim, attached hereto as Exhibit A, within two (2) days of entry of this Joint Stipulation by the Court;

2. NLMM's deadline to file its response to AHSC's Second Amended Counterclaim, including but not limited to any motions challenging the pleading, shall be thirty (30) days from the date of filing of AHSC's Second Amended Counterclaim; and

3. This Stipulation is without prejudice to NLMM's rights to assert any and all defenses, objections, and arguments, including but not limited to challenges to the sufficiency of any allegations, in response to the Second Amended Counterclaim.

**IT IS SO STIPULATED.**

/ / /

/ / /



FROST

DATED: June 26, 2025 FROST LLP

By: [signature]
CHRISTOPHER FROST
BENJAMIN KASSIS
DAVID TIRATURYAN
Attorneys for Plaintiff and Counter-Defendant NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

DATED: June 26, 2025 GILL LAW FIRM

By: */s/ Aimee Gill*
FAISAL GILL
AIMEE GILL
Attorneys for Defendants and Counterclaimant AMERICAN HEALTHCARE SYSTEMS CORP., INC. and WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby certifies that all signatories listed above have concurred in the filing of this document.

DATED: June 26, 2025 FROST LLP

By: ______________________________
DAVID TIRATURYAN
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC