UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

**Case No.:** 2:25-cv-03643-MCS-BFM     **Date:** June 27, 2025

**Title:** *Northern Light Medical Management v. American Healthcare Systems Corp.*

====================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers) Order Re: Application for Writ of Attachment (ECF 14)**

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds the Plaintiff's Application for Writ of Attachment (ECF 14) is appropriate for decision without oral argument. Accordingly, this application is **taken under submission and the hearing is vacated.** No appearances are necessary on July 1, 2025. A written order will issue.

    The Court notes that the exhibits attached to Defendants' Opposition (ECF 20) contain confidential, personally identifying patient information. The Court therefore **orders the exhibits attached to the Opposition sealed**. **No later than July 7, 2025, Defendant shall file a redacted version of the exhibits**, ensuring that all confidential patient information is redacted.

    **IT IS SO ORDERED.**

    cc: Counsel of Record

Initials of Preparer: ch