**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Counter-Defendant. | Case No. 2:25-cv-03643-MCS-BFM<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**ORDER RE: JOINT STIPULATION FOR LEAVE TO ALLOW AMERICAN HEALTHCARE SYSTEMS CORP., INC. TO FILE SECOND AMENDED COUNTERCLAIM (ECF No. 30)** |

ORDER RE: JOINT STIPULATION FOR LEAVE TO ALLOW AMERICAN HEALTHCARE SYSTEMS CORP., INC. TO FILE SECOND AMENDED COUNTERCLAIM

Having reviewed the Joint Stipulation filed by Plaintiff Northern Light Medical Management, LLC ("NLMM") and Defendants American Healthcare Systems Corp., Inc. ("AHSC") and Waukegan Illinois Hospital Company, LLC ("Vista"), and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. The Joint Stipulation is **GRANTED IN PART**.

2. AHSC is granted leave to file its Second Amended Counterclaim in the form attached as Exhibit A to the Joint Stipulation;

3. AHSC shall file its Second Amended Counterclaim within two (2) days of entry of this Order **and shall attach a "redline" version as an appendix as required by Initial Standing Order § 13**;

4. NLMM shall have ~~thirty (30)~~ **fourteen (14)** days from the filing of AHSC's Second Amended Counterclaim to file its response thereto, including any motions challenging the pleading**, as the parties' stipulation does not present good cause for additional time beyond what Rule 15(a)(3) affords**;

5. All of NLMM's rights, defenses, and arguments are preserved, including but not limited to the right to bring motions challenging any all claims and allegations asserted in the Second Amended Counterclaim; and

6. All other dates previously set by the Court shall remain in full effect, including the Scheduling Conference set for July 21, 2025.

**IT IS SO ORDERED**.

DATED: June 30, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1
ORDER RE: JOINT STIPULATION FOR LEAVE TO ALLOW AMERICAN HEALTHCARE SYSTEMS CORP., INC. TO FILE SECOND AMENDED COUNTERCLAIM