UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-03643-MCS-BFM | Date | July 3, 2025 |
| Title | N. Light Med. Mgmt., LLC v. Am. Healthcare Sys. Corp., Inc., et al. | | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present  None Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SUBJECT-MATTER JURISDICTION**

Plaintiff Northern Light Medical Management, LLC brings this action against Defendants American Healthcare Systems Corp., Inc., and Waukegan Illinois Hospital Company, LLC, doing business as Vista Medical Center East, for breach of contract and related claims, invoking this Court's diversity jurisdiction. (Compl. ¶¶ 1–3, 8, 11–14, ECF No. 1.)

The Court questions its jurisdiction. *See Gonzalez v. Thaler*, 565 U.S. 134, 141 (2012). Federal courts are of limited jurisdiction, having subject-matter jurisdiction only over matters authorized by the Constitution and Congress. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994). Federal courts have original jurisdiction over cases between citizens of different states where the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a).

Limited liability companies are citizens of "every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). In the complaint, Plaintiff identifies the states in which it is organized and has its principal places of business without providing any information about the identity and citizenship of its members. (Compl. ¶ 1.)

Plaintiff's notice of interested parties does not clarify the issue, (Notice of Interested Parties, ECF No. 3), running afoul of Federal Rule of Civil Procedure 7.1(a)(2). For the Court to assess Plaintiff's citizenship, Plaintiff must disclose the citizenship of all its members.

The Court orders Plaintiff to show cause why the case should not be dismissed for lack of jurisdiction. Plaintiff shall file a written response within seven days either acknowledging the Court lacks diversity jurisdiction or providing additional facts to support diversity of citizenship.

**IT IS SO ORDERED.**