Faisal Gill (SBN 263416)
Gill Law Firm
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
310-418-6675
202-318-5331 (fax)
Fgill@glawoffice.com

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>                    Plaintiff<br><br><br><br>v.<br><br><br><br><br><br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al.<br><br>          Defendants | CASE NO. 2:25-cv-3643<br><br>DECLARATION OF MICHELE NEWBY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S APPLICATION FOR RIGHT ATTACH ORDER AND WRIT OF ATTACHMENT<br><br>Hearing:<br>Judge: Hon. Brianna Fuller Mircheff<br>Date: June 17, 2025<br>Time: 10:00am<br>Crtrm.: 780 (7th floor)<br>       Roybal Federal Building<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br><br>Complaint Filed:      April 24, 2025 |

I, Michele Newby, declare as follows:

1. I am a Certified Oncology Nurse for Vista Medical Center East ("Vista") in Waukegan, Illinois. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of Defendants' Opposition

to Plaintiff's Application for a Right to Attach Order and Writ of Attachment, filed concurrently herewith.

2. Vista is an acute care hospital which provides emergency and inpatient services to the Waukegan community along with outpatient care. This care included a physicians group which provided outpatient care to our patients.

3. From on or around November 1, 2024 to January 19, 2025, Northern Light Medical Management ("NLMM") agreed to provide continuous radiological services for Vista. This responsibility included providing doctors onsite for radiology reads along with 24/7 coverage provided through teleradiology for holidays and weekends.

4. To my knowledge, there was no Medical Director for Radiology Services provided by NLMM.

5. On numerous occasions and on a consistent basis throughout NLMM's services, Vista, including myself and others at the hospital, alerted NLMM via phone and email to incorrect and incomplete reads done by their employees. This significantly affected NLMM's turnaround time for reads for Vista and for patient care provided by Vista. (Exh. 1).

6. On numerous occasions, NLMM was untimely in providing reads for STAT exams and inpatient exams, among others.

7. NLMM failed to provide continuous coverage for mammography readings, and would provide incorrect schedule times for their physicians, which would cause Vista to be unable to provide mammography readings to patients, which were supposed to be live readings. (Exh. 2).

8. NMLL would find physicians to fill in for a week when they couldn't find mammography coverage, and when they were gone after the week of filling in, they were unreachable in order to fix corrections or get addendums for their incorrect or incomplete work.

9. As an example, Dr. Michael Myers, was placed as a physician for around one week to fill in for NMLL, but had a family emergency. He never returned to finish his work on multiple readings.

10. Each week, NLMM was notified of their failure to provide proper services at their weekly meetings, but never improved their services.

11. On November 12, 2024, I contacted Brian Schenker, of NMLL, to address concerns physicians at Vista had with the timeliness of NMLL's mammography reads. Some reads were taking over thirty (30) days to receive back from NMLL. This significantly impacted patient care.

12. I became so concerned with NMLL's incorrect and incomplete work that I made reports through our Quality department based on their unprofessional work. (Exh. 3).

13. I have worked as an oncology nurse for 38 years, and have worked closely with radiology groups since 2008.

14. I have never had so many problems with incorrect, incomplete, and untimely reads as I have in the short amount of time I worked with NMLL.

Executed on this 27th day of May, 2025, at Waukegan, Illinois.


_Michele Newby_

Michele Newby

Tuesday, May 27, 2025 at 15:22:17 Pacific Daylight Time

| | |
|---|---|
| **Subject:** | Fw: [EXTERNAL]Fw: LDCT reports to include RADS category and follow up recommendations. |
| **Date:** | Monday, May 19, 2025 at 11:29:24 AM Pacific Daylight Time |
| **From:** | Michele Newby |
| **To:** | Aimee Gill, Anthony Sunzeri |
| **Attachments:** | Outlook-eah0vz31.png |

Michele Newby RN,BSN,OCN I Oncology Nurse Navigator I Vista Medical Center East
1324 N Sheridan Road I Waukegan, IL 60085 I 847-360-4163 I portable: 847-782-4487
michele.newby@amhealthsystems.com I http://www.vistahealth.com

**From:** Brian Schenker <BrianS@northernlightmm.com>
**Sent:** Tuesday, November 12, 2024 5:13 PM
**To:** Michele Newby <Michele.Newby@amhealthsystems.com>
**Subject:** Re: [EXTERNAL]Fw: LDCT reports to include RADS category and follow up
recommendations.

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do
not trust.**

Thank you for this. I will get it to him to complete.


Thanks!

**Brian Schenker, MBA**
*Director, Clinical Operations TX/IL*


**Northern Light Medical Management, LLC**
**1895 Tyler Street, Suite 201**
**Hollywood, FL 33020**


**Phone: 786-825-2331**


**E-Mail:** *brians@northernlightmm.com*


**NorthernLightMM.com**



*The information contained in or attached to this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential.*

*If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.*

*Any tax advice or statement of opinion contained in or attached to this e-mail is not intended or written to be used, and it cannot be used, by any recipient (whether intended or not) for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

Classified as Confidential

---

**From:** Michele Newby <Michele.Newby@amhealthsystems.com>
**Sent:** Tuesday, November 12, 2024 3:22 PM
**To:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** [EXTERNAL]Fw: LDCT reports to include RADS category and follow up recommendations.

Fyi

Michele Newby RN,BSN,OCN I Oncology Nurse Navigator I Vista Medical Center East I 1324 N Sheridan Road I Waukegan, IL 60085 I 847-360-4163 I portable: 847-782-4487

Classified as Confidential

---

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Tuesday, November 12, 2024 11:40:03 AM
**To:** Michael Wilbur <Michael.Wilbur@amhealthsystems.com>
**Cc:** John Maslowski <John.Maslowski@amhealthsystems.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>
**Subject:** LDCT reports to include RADS category and follow up recommendations.

Hello Dr. Wilbur,

As we discussed, I am sending you a list of LDCTs that need to be addended to include the RADS category as well as the follow up recommendations.   You took care of some of them already, but there are still 2 left to be addended.

1. ████████████████ LDCT from 10/31/24.
2. ████████████████ LDCT from 11/4/24.

This information needs to be on every LDCT report. **Example:** Lung RADS category 2. Continue annual screening with LDCT in 12 months.

Please let me know if you have any questions, or if I can help in anyway,

Nancy Eldrup, RMA
Thoracic Surgery
Cardiovascular Surgery
Vista Pulmonary Lung Nodule Program Coordinator
Vista Physicians Group

15 Tower Ct Suite 210
Gurnee Il 60031
Ph: 847-245-4787
Fax: 833-576-2319

1025 Red Oak Ln Suite 120
Lindenhurst Il 60046
Ph: 847-245-4787
Fax: 833-576-2319

| | |
|---|---|
| **Subject:** | FW: [EXTERNAL]RE: LDCT reports that need Addendums |
| **Date:** | Tuesday, May 27, 2025 at 4:07:09 PM Pacific Daylight Time |
| **From:** | Aimee Gill |
| **To:** | Aimee Gill |
| **Attachments:** | image001.png |

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 11:51 AM
**To:** Brian Schenker <BrianS@northernlightmm.com>; Emilie Hoga
<Emilie.Hoga@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>;
Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski
<John.Maslowski@amhealthsystems.com>; Steve Springborn <steves@northernlightmm.com>; Ericka
Hahn <erickah@northernlightmm.com>
**Subject:** RE: [EXTERNAL]RE: LDCT reports that need Addendums

Please note that the below LDCT still needs to be addended to state both the RADS
category as well as follow up recommendation.

████████████        ████████        LDCT done 11/26/24   **Missing RADS Category and
follow up recommendation.**   Dr. Wilbur

Thank you,

Nancy Eldrup, RMA
Thoracic Surgery
Cardiovascular Surgery
Vista Pulmonary Lung Nodule Program Coordinator
Vista Physicians Group

15 Tower Ct Suite 210
Gurnee Il 60031
Ph: 847-245-4787
Fax: 833-576-2319

1025 Red Oak Ln Suite 120
Lindenhurst Il 60046
Ph: 847-245-4787
Fax: 833-576-2319

**From:** Brian Schenker <BrianS@northernlightmm.com>
**Sent:** Thursday, December 12, 2024 11:44 AM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Michele Newby
<Michele.Newby@amhealthsystems.com>; Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>;
Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski
<John.Maslowski@amhealthsystems.com>; Steve Springborn <steves@northernlightmm.com>; Ericka
Hahn <erickah@northernlightmm.com>
**Subject:** Re: [EXTERNAL]RE: LDCT reports that need Addendums
**Importance:** High

**CAUTION: External Sender. Please do not click on links or open attachments from senders you
do not trust.**

Hello and thank you for this information.

We take this matter very seriously and will be evaluating the situation and providing a
solution soon.

Thanks!

**Brian Schenker, MBA**
*Director, Clinical Operations TX/IL*

**Northern Light Medical Management, LLC**
**1895 Tyler Street, Suite 201**
**Hollywood, FL 33020**

**Phone: 786-825-2331**

**E-Mail:** *brians@northernlightmm.com*

*NorthernLightMM.com*



*The information contained in or attached to this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential.*

*If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.*

*Any tax advice or statement of opinion contained in or attached to this e-mail is not intended or written to be used, and it cannot be used, by any recipient (whether intended or not) for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

Classified as Confidential

---

**From:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 12:14 PM
**To:** Michele Newby <Michele.Newby@amhealthsystems.com>; Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** [EXTERNAL]RE: LDCT reports that need Addendums

Michele,

Thank you for the information. I am going to look into this and also follow up with Brian. I will get back to you shortly.

Best Regards,
*Emilie Hoga, MBA, BS, RT(R)*
*Manager Imaging Services*
*Vista Health System*
*1324 N Sheridan Rd*
*Waukegan IL, 60085*

*847-360-4276*
emilie.hoga@amhealthsystems.com

Classified as Confidential

**From:** Michele Newby <Michele.Newby@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 10:44 AM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** Re: LDCT reports that need Addendums
**Importance:** High

Update to my last email:
Dr Wilbur just addended the report and now is saying it is a 2.4 cm by 10mm by 8mm deep pleural scar. And is saying it is a new finding and should be 6 month follow up. This discrepancy in measurement is not good and now the report is saying 3 different things.

Michele Newby RN,BSN,OCN  I  Oncology Nurse Navigator  I  Vista Medical Center East

1324 N Sheridan Road  I  Waukegan, IL 60085  I  847-360-4163  I  portable: 847-782-4487

michele.newby@amhealthsystems.com  I  http://www.vistahealth.com

**From:** Michele Newby <Michele.Newby@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 10:24 AM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** Re: LDCT reports that need Addendums

I have just spoken to Dr Wilbur, patient                              had low dose CT 12/3/24.
The impression reads: new 6mm pleural based nodular density in the right lateral costophrenic angle, lung rads 3, 6 month follow up.
But the findings read: new 1.6cm pleural based nodular density in the right lateral costophrenic angle. This finding IS NOT a 6 month follow up. And unfortunately I have

already called the patient with the impression. I have asked him to look at the scan and see which one is right. But I do not have confidence either way. Just wanted to make you aware.
Thanks,
Michele

Michele Newby RN,BSN,OCN  I  Oncology Nurse Navigator  I  Vista Medical Center East

1324 N Sheridan Road  I  Waukegan, IL 60085  I  847-360-4163  I  portable: 847-782-4487

michele.newby@amhealthsystems.com  I  http://www.vistahealth.com

---

**From:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 10:10 AM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** RE: LDCT reports that need Addendums

Brian,

Can you please follow up with Dr. Wilbur and make sure he has completed the addendum. Thank you!

Best Regards,
*Emilie Hoga, MBA, BS, RT(R)*

*Manager Imaging Services*
*Vista Health System*
*1324 N Sheridan Rd*
*Waukegan IL, 60085*
*847-360-4276*
emilie.hoga@amhealthsystems.com

---

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Monday, December 9, 2024 4:55 PM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>
**Subject:** RE: LDCT reports that need Addendums

Hi Emilie,

The 4 LDCT's read by Dr Lynn have been addended, but the 1 read by Dr. Wilbur still needs to be addended to state both the RADS category as well and the recommended follow up. Thank you for your help with these reports.

Nancy

**From:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>
**Sent:** Tuesday, December 3, 2024 4:26 PM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>
**Subject:** Re: LDCT reports that need Addendums

Nancy,

I have sent these to NL. I will let you know once they are completed. Thank you.

Best Regards,
Emilie

Get Outlook for iOS

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Tuesday, December 3, 2024 4:18:28 PM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>
**Subject:** LDCT reports that need Addendums

Hello Emilie,

I want to make you aware of 5 LDCT reports that need to be addended to include missing information. They are as follows:

████████                    ████  LDCT done 11/25/24=RADS 1.    **Missing the follow up recommendation.** Dr. Lynn
████████                    ████  LDCT done 11/25/24=RADS 2.    **Missing the follow up recommendation.** Dr. Lynn
████████                    ████  LDCT done 11/29/24=RADS 1.    **Missing the follow up recommendation.** Dr. Lynn
████████                    ████  LDCT done 11/29/24=RADS 2.    **Missing the follow up recommendation.** Dr. Lynn

▐�_____▌          ▐_____▌ LDCT done 11/26/24  **Missing RADS Category and**
**follow up recommendation.**    Dr. Wilbur

Can you please reach out to Dr's Lynn and Wilbur to have them addend the reports.

Thank you kindly,

Nancy Eldrup, RMA
Thoracic Surgery
Cardiovascular Surgery
Vista Pulmonary Lung Nodule Program Coordinator
Vista Physicians Group

15 Tower Ct Suite 210
Gurnee Il 60031
Ph: 847-245-4787
Fax: 833-576-2319

1025 Red Oak Ln Suite 120
Lindenhurst Il 60046
Ph: 847-245-4787
Fax: 833-576-2319

Tuesday, May 27, 2025 at 16:09:49 Pacific Daylight Time

**Subject:** Fw: [EXTERNAL]RE: addendum needed
**Date:** Monday, May 19, 2025 at 11:34:45 AM Pacific Daylight Time
**From:** Michele Newby
**To:** Aimee Gill, Anthony Sunzeri

Michele Newby RN,BSN,OCN  I  Oncology Nurse Navigator  I  Vista Medical Center East
1324 N Sheridan Road  I  Waukegan, IL 60085  I  847-360-4163  I  portable: 847-782-4487
michele.newby@amhealthsystems.com  I  http://www.vistahealth.com

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Thursday, January 16, 2025 11:16 AM
**To:** Emily Coons <emilyc@northernlightmm.com>
**Cc:** John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby
<Michele.Newby@amhealthsystems.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Brian
Schenker <BrianS@northernlightmm.com>
**Subject:** RE: [EXTERNAL]RE: addendum needed

Hello Emily,

The addendum for this report has still not been done. Can you please tell me when I can
expect this to be completed.  Again, this LDCT dates back to 12/13/24.

For Dr. Rochon's study:

. DOS 12/13/24.

**From:** Emily Coons <emilyc@northernlightmm.com>
**Sent:** Wednesday, January 15, 2025 7:20 AM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Cc:** John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby
<Michele.Newby@amhealthsystems.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Brian
Schenker <BrianS@northernlightmm.com>
**Subject:** Re: [EXTERNAL]RE: addendum needed

**CAUTION: External Sender. Please do not click on links or open attachments from senders you
do not trust.**

Thank you very much, I will give Dr. Rochon this additional information.

1 of 5

Emily Coons
*Paramedic/Radiology Navigator*

Classified as Confidential

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Wednesday, January 15, 2025 8:18 AM
**To:** Emily Coons <emilyc@northernlightmm.com>
**Cc:** John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Brian Schenker <BrianS@northernlightmm.com>
**Subject:** RE: [EXTERNAL]RE: addendum needed

For Dr. Rochon's study:

██████████████████████████████. DOS 12/13/24.

Thank you,
Nancy

Classified as Confidential

**From:** Emily Coons <emilyc@northernlightmm.com>
**Sent:** Wednesday, January 15, 2025 7:05 AM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Subject:** Re: [EXTERNAL]RE: addendum needed

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

Good Morning!

For the request for Dr. Rochon, would you be able to tell me the DOS for the study, and also is the FIN number the MRN for the patient?

I will send the request for Dr. Hill out now.

Thank you,
Emily Coons
*Paramedic/Radiology Navigator*

Classified as Confidential

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Tuesday, January 14, 2025 5:24 PM
**To:** John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Brian Schenker <BrianS@northernlightmm.com>; Emily Coons <emilyc@northernlightmm.com>
**Subject:** FW: [EXTERNAL]RE: addendum needed

Good Afternoon,

We are still waiting for an addended report for Patient: ███████████████████████
███████. Read by Dr. Paul Rochon. LDCT report needs to be addended to state the RADS category as well as the follow up recommendations.  This LDCT was done 12/13/24, we would appreciate a timely response to this request.

Additionally, we are sending another new request for addendum on ███████████████
███████████. Read by Dr. Thomas Hill.  LDCT shows the RADS category but is missing the follow up recommendations.

Please expedite our request for addendums as we do not want to keep the patients waiting any longer.

Nancy Eldrup, RMA
Vista Pulmonary Lung Nodule Program Coordinator
Vista Physicians Group

15 Tower Ct Suite 210
Gurnee Il 60031
Ph: 847-245-4787
Fax: 833-576-2319

1025 Red Oak Ln Suite 120
Lindenhurst Il 60046
Ph: 847-245-4787
Fax: 833-576-2319

Classified as Confidential

**From:** Emily Coons <emilyc@northernlightmm.com>
**Sent:** Monday, December 30, 2024 3:46 PM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>; Ericka Hahn <erickah@northernlightmm.com>; Peer Review <peerreview@northernlightmm.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>; Emilie Hoga

<Emilie.Hoga@amhealthsystems.com>; Dr. Paul Rochon <paulr@northernlightmm.com>
**Subject:** Re: [EXTERNAL]RE: addendum needed

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

Good Afternoon,

Received, I have sent this request to the interpreting radiologist.

Thank you,
Emily Coons
*Paramedic/Radiology Navigator*

Classified as Confidential

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Monday, December 30, 2024 3:59 PM
**To:** Michele Newby <Michele.Newby@amhealthsystems.com>; Emily Coons
<emilyc@northernlightmm.com>; Ericka Hahn <erickah@northernlightmm.com>; Peer Review
<peerreview@northernlightmm.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>; Emilie Hoga
<Emilie.Hoga@amhealthsystems.com>; Dr. Paul Rochon <paulr@northernlightmm.com>
**Subject:** [EXTERNAL]RE: addendum needed

Good afternoon,

There is another LDCT report that needs to be addended to state the RADS category as well as the follow up recommendations.
Patient:                                              . Read by Dr. Paul Rochon.

Thank you,
Nancy

Classified as Confidential

**From:** Michele Newby <Michele.Newby@amhealthsystems.com>
**Sent:** Monday, December 30, 2024 11:00 AM
**To:** emilyc@northernlightmm.com; Ericka Hahn <erickah@northernlightmm.com>;
peerreview@northernlightmm.com
**Cc:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Brian Schenker
<BrianS@northernlightmm.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>
**Subject:** Re: addendum needed

**Importance**: High

Hello all, I have checked the status of this study and nothing has been changed. How long until addendum is written? This is regarding the low dose CT lung on ████████

████ .

Thanks,
Michele

Michele Newby RN,BSN,OCN  I  Oncology Nurse Navigator  I  Vista Medical Center East
1324 N Sheridan Road  I  Waukegan, IL 60085  I  847-360-4163  I  portable: 847-782-4487
michele.newby@amhealthsystems.com  I  http://www.vistahealth.com

---

**From:** Michele Newby
**Sent:** Tuesday, December 17, 2024 3:51 PM
**To:** emilyc@northernlightmm.com <emilyc@northernlightmm.com>; Ericka Hahn
<erickah@northernlightmm.com>; peerreview@norhternlightmm.com
<peerreview@norhternlightmm.com>
**Cc:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Subject:** addendum needed

████████████████████  had LDCT done on 12/11/24. The findings are reported with no punctuation, and it is difficult to understand the positioning of the nodules. In addition, the impression reads lung rads 3, repeat CT in one year. A lung rads 3 is a 6 month follow up. There needs to be an addendum as well as peer review for accuracy of position and measurement of the multiple nodules.
Thanks,
 Michele

Michele Newby RN,BSN,OCN  I  Oncology Nurse Navigator  I  Vista Medical Center East
1324 N Sheridan Road  I  Waukegan, IL 60085  I  847-360-4163  I  portable: 847-782-4487
michele.newby@amhealthsystems.com  I  http://www.vistahealth.com

| | |
|---|---|
| **Subject:** | FW: [EXTERNAL]RE: LDCT reports that need Addendums |
| **Date:** | Tuesday, May 27, 2025 at 4:07:09 PM Pacific Daylight Time |
| **From:** | Aimee Gill |
| **To:** | Aimee Gill |
| **Attachments:** | image001.png |

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 11:51 AM
**To:** Brian Schenker <BrianS@northernlightmm.com>; Emilie Hoga
<Emilie.Hoga@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>;
Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski
<John.Maslowski@amhealthsystems.com>; Steve Springborn <steves@northernlightmm.com>; Ericka
Hahn <erickah@northernlightmm.com>
**Subject:** RE: [EXTERNAL]RE: LDCT reports that need Addendums

Please note that the below LDCT still needs to be addended to state both the RADS
category as well as follow up recommendation.

▓▓▓▓▓▓▓▓          ▓▓▓▓▓▓▓▓▓▓   11/26/24   **Missing RADS Category and
follow up recommendation.**   Dr. Wilbur

Thank you,

Nancy Eldrup, RMA
Thoracic Surgery
Cardiovascular Surgery
Vista Pulmonary Lung Nodule Program Coordinator
Vista Physicians Group

15 Tower Ct Suite 210
Gurnee Il 60031
Ph: 847-245-4787
Fax: 833-576-2319

1025 Red Oak Ln Suite 120
Lindenhurst Il 60046
Ph: 847-245-4787
Fax: 833-576-2319

**From:** Brian Schenker <BrianS@northernlightmm.com>
**Sent:** Thursday, December 12, 2024 11:44 AM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>; Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>; Steve Springborn <steves@northernlightmm.com>; Ericka Hahn <erickah@northernlightmm.com>
**Subject:** Re: [EXTERNAL]RE: LDCT reports that need Addendums
**Importance:** High

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

Hello and thank you for this information.

We take this matter very seriously and will be evaluating the situation and providing a solution soon.


Thanks!

**Brian Schenker, MBA**
*Director, Clinical Operations TX/IL*

**Northern Light Medical Management, LLC**
**1895 Tyler Street, Suite 201**
**Hollywood, FL 33020**

**Phone: 786-825-2331**

**E-Mail:** *brians@northernlightmm.com*

*NorthernLightMM.com*



*The information contained in or attached to this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential.*

*If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.*

*Any tax advice or statement of opinion contained in or attached to this e-mail is not intended or written to be used, and it cannot be used, by any recipient (whether intended or not) for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.*

Classified as Confidential

---

**From:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 12:14 PM
**To:** Michele Newby <Michele.Newby@amhealthsystems.com>; Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** [EXTERNAL]RE: LDCT reports that need Addendums

Michele,

Thank you for the information. I am going to look into this and also follow up with Brian. I will get back to you shortly.

Best Regards,
*Emilie Hoga, MBA, BS, RT(R)*
Manager Imaging Services
Vista Health System
1324 N Sheridan Rd
Waukegan IL, 60085

*847-360-4276*
emilie.hoga@amhealthsystems.com

Classified as Confidential

**From:** Michele Newby <Michele.Newby@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 10:44 AM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Nancy Eldrup
<Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky
<Michael.Tartakovsky@amhealthsystems.com>; John Maslowski
<John.Maslowski@amhealthsystems.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** Re: LDCT reports that need Addendums
**Importance:** High

Update to my last email:
Dr Wilbur just addended the report and now is saying it is a 2.4 cm by 10mm by 8mm deep pleural scar. And is saying it is a new finding and should be 6 month follow up. This discrepancy in measurement is not good and now the report is saying 3 different things.

Michele Newby RN,BSN,OCN I Oncology Nurse Navigator I Vista Medical Center East

1324 N Sheridan Road I Waukegan, IL 60085 I 847-360-4163 I portable: 847-782-4487

michele.newby@amhealthsystems.com I http://www.vistahealth.com

**From:** Michele Newby <Michele.Newby@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 10:24 AM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Nancy Eldrup
<Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky
<Michael.Tartakovsky@amhealthsystems.com>; John Maslowski
<John.Maslowski@amhealthsystems.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** Re: LDCT reports that need Addendums

I have just spoken to Dr Wilbur, patient                                    low dose CT 12/3/24.
 The impression reads: new 6mm pleural based nodular density in the right lateral costophrenic angle, lung rads 3, 6 month follow up.
 But the findings read: new 1.6cm pleural based nodular density in the right lateral costophrenic angle.  This finding IS NOT a 6 month follow up. And unfortunately I have

already called the patient with the impression. I have asked him to look at the scan and see which one is right. But I do not have confidence either way. Just wanted to make you aware.
Thanks,
Michele

Michele Newby RN,BSN,OCN I Oncology Nurse Navigator I Vista Medical Center East

1324 N Sheridan Road I Waukegan, IL 60085 I 847-360-4163 I portable: 847-782-4487

michele.newby@amhealthsystems.com I http://www.vistahealth.com

---

**From:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>
**Sent:** Thursday, December 12, 2024 10:10 AM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>
**Subject:** RE: LDCT reports that need Addendums

Brian,

Can you please follow up with Dr. Wilbur and make sure he has completed the addendum. Thank you!

Best Regards,
*Emilie Hoga, MBA, BS, RT(R)*

*Manager Imaging Services*
*Vista Health System*
*1324 N Sheridan Rd*
*Waukegan IL, 60085*
*847-360-4276*
emilie.hoga@amhealthsystems.com

---

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Monday, December 9, 2024 4:55 PM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>
**Subject:** RE: LDCT reports that need Addendums

Hi Emilie,

The 4 LDCT's read by Dr Lynn have been addended, but the 1 read by Dr. Wilbur still needs to be addended to state both the RADS category as well and the recommended follow up. Thank you for your help with these reports.

Nancy

**From:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>
**Sent:** Tuesday, December 3, 2024 4:26 PM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>
**Subject:** Re: LDCT reports that need Addendums

Nancy,

I have sent these to NL. I will let you know once they are completed. Thank you.

Best Regards,
Emilie

Get Outlook for iOS

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Tuesday, December 3, 2024 4:18:28 PM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Michael Tartakovsky <Michael.Tartakovsky@amhealthsystems.com>; John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>
**Subject:** LDCT reports that need Addendums

Hello Emilie,

I want to make you aware of 5 LDCT reports that need to be addended to include missing information. They are as follows:

                                       LDCT done 11/25/24=RADS 1.    **Missing the follow up recommendation.** Dr. Lynn

                                       LDCT done 11/25/24=RADS 2.    **Missing the follow up recommendation.** Dr. Lynn

                                       LDCT done 11/29/24=RADS 1.    **Missing the follow up recommendation.** Dr. Lynn

                                       LDCT done 11/29/24=RADS 2.    **Missing the follow up recommendation.** Dr. Lynn

██████████        ████████ LDCT done 11/26/24  **Missing RADS Category and follow up recommendation.**    Dr. Wilbur

Can you please reach out to Dr's Lynn and Wilbur to have them addend the reports.

Thank you kindly,

Nancy Eldrup, RMA
Thoracic Surgery
Cardiovascular Surgery
Vista Pulmonary Lung Nodule Program Coordinator
Vista Physicians Group

15 Tower Ct Suite 210
Gurnee Il 60031
Ph: 847-245-4787
Fax: 833-576-2319

1025 Red Oak Ln Suite 120
Lindenhurst Il 60046
Ph: 847-245-4787
Fax: 833-576-2319

Tuesday, May 27, 2025 at 16:09:49 Pacific Daylight Time

**Subject:** Fw: [EXTERNAL]RE: addendum needed
**Date:** Monday, May 19, 2025 at 11:34:45 AM Pacific Daylight Time
**From:** Michele Newby
**To:** Aimee Gill, Anthony Sunzeri

Michele Newby RN,BSN,OCN  I  Oncology Nurse Navigator  I  Vista Medical Center East
1324 N Sheridan Road  I  Waukegan, IL 60085  I  847-360-4163  I  portable: 847-782-4487
michele.newby@amhealthsystems.com  I  http://www.vistahealth.com

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Thursday, January 16, 2025 11:16 AM
**To:** Emily Coons <emilyc@northernlightmm.com>
**Cc:** John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby
<Michele.Newby@amhealthsystems.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Brian
Schenker <BrianS@northernlightmm.com>
**Subject:** RE: [EXTERNAL]RE: addendum needed

Hello Emily,

The addendum for this report has still not been done. Can you please tell me when I can
expect this to be completed.  Again, this LDCT dates back to 12/13/24.

For Dr. Rochon's study:

<span style="background:black">                             </span>   DOS 12/13/24.

**From:** Emily Coons <emilyc@northernlightmm.com>
**Sent:** Wednesday, January 15, 2025 7:20 AM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Cc:** John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby
<Michele.Newby@amhealthsystems.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Brian
Schenker <BrianS@northernlightmm.com>
**Subject:** Re: [EXTERNAL]RE: addendum needed

**CAUTION: External Sender. Please do not click on links or open attachments from senders you
do not trust.**

Thank you very much, I will give Dr. Rochon this additional information.

Emily Coons
*Paramedic/Radiology Navigator*

Classified as Confidential

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Wednesday, January 15, 2025 8:18 AM
**To:** Emily Coons <emilyc@northernlightmm.com>
**Cc:** John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby
<Michele.Newby@amhealthsystems.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Brian
Schenker <BrianS@northernlightmm.com>
**Subject:** RE: [EXTERNAL]RE: addendum needed

For Dr. Rochon's study:

███████████████████████████████████. DOS 12/13/24.

Thank you,
Nancy

Classified as Confidential

**From:** Emily Coons <emilyc@northernlightmm.com>
**Sent:** Wednesday, January 15, 2025 7:05 AM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Subject:** Re: [EXTERNAL]RE: addendum needed

**CAUTION: External Sender. Please do not click on links or open attachments from senders you
do not trust.**

Good Morning!

For the request for Dr. Rochon, would you be able to tell me the DOS for the study, and also
is the FIN number the MRN for the patient?

I will send the request for Dr. Hill out now.

Thank you,
Emily Coons
*Paramedic/Radiology Navigator*

Classified as Confidential

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Tuesday, January 14, 2025 5:24 PM
**To:** John Maslowski <John.Maslowski@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Brian Schenker <BrianS@northernlightmm.com>; Emily Coons <emilyc@northernlightmm.com>
**Subject:** FW: [EXTERNAL]RE: addendum needed

Good Afternoon,

We are still waiting for an addended report for Patient: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮. Read by Dr. Paul Rochon. LDCT report needs to be addended to state the RADS category as well as the follow up recommendations. This LDCT was done 12/13/24, we would appreciate a timely response to this request.

Additionally, we are sending another new request for addendum on ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮. Read by Dr. Thomas Hill. LDCT shows the RADS category but is missing the follow up recommendations.

Please expedite our request for addendums as we do not want to keep the patients waiting any longer.

Nancy Eldrup, RMA
Vista Pulmonary Lung Nodule Program Coordinator
Vista Physicians Group

15 Tower Ct Suite 210
Gurnee Il 60031
Ph: 847-245-4787
Fax: 833-576-2319

1025 Red Oak Ln Suite 120
Lindenhurst Il 60046
Ph: 847-245-4787
Fax: 833-576-2319

Classified as Confidential

**From:** Emily Coons <emilyc@northernlightmm.com>
**Sent:** Monday, December 30, 2024 3:46 PM
**To:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>; Ericka Hahn <erickah@northernlightmm.com>; Peer Review <peerreview@northernlightmm.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>; Emilie Hoga

<Emilie.Hoga@amhealthsystems.com>; Dr. Paul Rochon <paulr@northernlightmm.com>
**Subject:** Re: [EXTERNAL]RE: addendum needed

**CAUTION: External Sender. Please do not click on links or open attachments from senders you do not trust.**

Good Afternoon,

Received, I have sent this request to the interpreting radiologist.

Thank you,
Emily Coons
*Paramedic/Radiology Navigator*

Classified as Confidential

**From:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Sent:** Monday, December 30, 2024 3:59 PM
**To:** Michele Newby <Michele.Newby@amhealthsystems.com>; Emily Coons
<emilyc@northernlightmm.com>; Ericka Hahn <erickah@northernlightmm.com>; Peer Review
<peerreview@northernlightmm.com>
**Cc:** Brian Schenker <BrianS@northernlightmm.com>; Emilie Hoga
<Emilie.Hoga@amhealthsystems.com>; Dr. Paul Rochon <paulr@northernlightmm.com>
**Subject:** [EXTERNAL]RE: addendum needed

Good afternoon,

There is another LDCT report that needs to be addended to state the RADS category as well as the follow up recommendations.
Patient: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Read by Dr. Paul Rochon.

Thank you,
Nancy

Classified as Confidential

**From:** Michele Newby <Michele.Newby@amhealthsystems.com>
**Sent:** Monday, December 30, 2024 11:00 AM
**To:** emilyc@northernlightmm.com; Ericka Hahn <erickah@northernlightmm.com>;
peerreview@northernlightmm.com
**Cc:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>; Brian Schenker
<BrianS@northernlightmm.com>; Emilie Hoga <Emilie.Hoga@amhealthsystems.com>
**Subject:** Re: addendum needed

**Importance**: High

Hello all, I have checked the status of this study and nothing has been changed. How long until addendum is written? This is regarding the low dose CT lung on ███████

██████ .

Thanks,
Michele


Michele Newby RN,BSN,OCN  I  Oncology Nurse Navigator  I  Vista Medical Center East
1324 N Sheridan Road  I  Waukegan, IL 60085  I  847-360-4163  I  portable: 847-782-4487
michele.newby@amhealthsystems.com  I  http://www.vistahealth.com

---

**From:** Michele Newby
**Sent:** Tuesday, December 17, 2024 3:51 PM
**To:** emilyc@northernlightmm.com <emilyc@northernlightmm.com>; Ericka Hahn
<erickah@northernlightmm.com>; peerreview@norhternlightmm.com
<peerreview@norhternlightmm.com>
**Cc:** Nancy Eldrup <Nancy.Eldrup@amhealthsystems.com>
**Subject:** addendum needed

███████████████████████ LDCT done on 12/11/24. The findings are reported with no punctuation, and it is difficult to understand the positioning of the nodules. In addition, the impression reads lung rads 3, repeat CT in one year. A lung rads 3 is a 6 month follow up. There needs to be an addendum as well as peer review for accuracy of position and measurement of the multiple nodules.
Thanks,
 Michele


Michele Newby RN,BSN,OCN  I  Oncology Nurse Navigator  I  Vista Medical Center East
1324 N Sheridan Road  I  Waukegan, IL 60085  I  847-360-4163  I  portable: 847-782-4487
michele.newby@amhealthsystems.com  I  http://www.vistahealth.com

EXHIBIT 2

Tuesday, May 27, 2025 at 15:21:17 Pacific Daylight Time

**Subject:** FW: Breast Radiologist coverage
**Date:** Tuesday, May 27, 2025 at 3:20:59 PM Pacific Daylight Time
**From:** Aimee Gill
**To:** Aimee Gill

---

**From:** Karyn Sillins <Karyn.Sillins@amhealthsystems.com>
**Sent:** Thursday, January 9, 2025 8:21 AM
**To:** Emilie Hoga <Emilie.Hoga@amhealthsystems.com>; Michele Newby <Michele.Newby@amhealthsystems.com>; Craig Davishoff <Craig.Davishoff@amhealthsystems.com>
**Cc:** Marybeth Martin <Marybeth.Martin@amhealthsystems.com>; Nichole Myerson <Nichole.Myerson@amhealthsystems.com>; Ebony Whitelow <Ebony.Whitelow@amhealthsystems.com>; Iva Martiskainen <Iva.Martiskainen@amhealthsystems.com>; Marta Drab <Marta.Drab@amhealthsystems.com>; Jade Davis <Jade.Davis@amhealthsystems.com>
**Subject:** Breast Radiologist coverage

Good Morning,

I was wondering if we can somehow have consistency regarding the breast radiologist schedule. There is confusion regularly as to which Dr is covering breasts which affects the efficiency of patient care. I was going to include Brian Schenker in this email as I see he is Admin for Northern Lights quite often, but I do not have his email contact information. I called him this morning but there was no answer. Lindenhurst Mam and US have called me to inquire which Dr is covering breasts today. The slot for Onsite Mammo is often left "Open" and then hours for Dr Aganunu are not reflective of her actual availability. I was not aware of Dr Hill being a Breast Rad nor did I realize he was an onsite Rad—is he actually inhouse? If not, what is the process for communicating with him? (tiger text, page, call cell directly etc) Dr Maiers is not here until next week again. Today it lists Dr Davishoff and Dr Hill as onsite IR, with Open Mam coverage. It would be helpful if they would put the Mam coverage on the schedule consistently to avoid ambiguity daily. If Dr Davishoff and Dr Hill are inhouse IR—can they add which Dr covering is breast by Mam so we don't have to scramble to figure out the correct Dr to contact and interrupt the incorrect Dr from his tasks? If Dr Aganunu is on only until noon, can they update the schedule to reflect she is not covering until 5 and then alert us as to who will cover the afternoon? Things like this will ease patient flow and eliminate confusion and stress.

Best Regards,

Karyn Sillins
General Ultrasound Lead, RDMS
Vista Medical Center East

1324 N Sheridan Rd, Waukegan, IL 60085
karyn.sillins@amhealthsystems.com
847-360-4342

EXHIBIT 3



HEALTHCARE SAFETYZONE® 

**Event Number: 2015**

## Live Event

| | |
|---|---|
| Event Date/Time: | 12/12/2024 02:15 |
| Patient Account Number: | |
| Patient First Name: | |
| Patient Last Name: | |
| Patient Date Of Birth: (MM/DD/YYYY) | |
| Gender: | Female |
| What is the patient's ethnicity: | NO ANSWER |
| What is being reported? | Unsafe Condition: Any circumstance that increases the probability of a patient safety event. |
| Event Type: | Radiology |
| Sub Event Type: | Report Discrepancy |
| Location: | Vista Medical Center East |
| Sub-Location: | Radiology/Imaging |
| Sub-Sub-Location: | Ultrasound |
| Specific Location: | NO ANSWER |
| Describe the Event: | patient had a fetal anatomic survey ultrasound, Dr. Wilbur signed off the report stating that the survey was not performed. I received a call for addendum from Lake county health department as they were concerned survey was not dictated but it was ordered and done, |
| Contributing Factors: (Select all that apply) | NO ANSWER |
| Was the event witnessed? | NO ANSWER |
| Reporter Name: | Anita Ashraf |
| Reporter Title: | ultrasound tech |

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

**Event Number: 2015**

## Follow up

## Communication Center

| | | | | |
|---|---|---|---|---|
| ☒ Natalie Butler | 12/12/2024 14:31 | 12/12/2024 14:49 | 12/12/2024 14:49 | Rule |
| ☒ Victoria Craig | 12/12/2024 14:31 | 12/18/2024 12:13 | 12/16/2024 08:24 | Rule |
| ☒ Bruce Mackenzie | 12/12/2024 14:51 | | | Invited |
| John Maslowski | 12/12/2024 14:31 | | | Rule |
| Jennifer Massey | 12/12/2024 14:31 | | | Rule |
| ☒ Diane Rolston | 12/12/2024 14:31 | | | Rule |

Click to show view reminders

**NOTE:** Required questions marked with *
**Comments:**
  Add Comment


MD to be discussed by CMO and company for multiple concerning reads                    *Natalie Butler*        *12/12/2024 14:52*

**Severity Level:**

| No apparent injury/ No harm/ Did reach patient (Level 2) | ✓ |


**\*Status:**

| Submitted | ✓ |


**Submitted Date/Time:**                                     12/12/2024 14:31

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East


Clarity Group, Inc. Copyright © 2025

VISTA
HEALTH SYSTEM



HEALTHCARE SAFETYZONE®
powered by C L A R I T Y

Natalie Butler    Logout  Current Form   Patient Form

**Event Number: 2013**

## Live Event

| Question | Answer |
|---|---|
| Event Date/Time: | 12/12/2024 10:15 |
| Patient Account Number: | ▮▮▮ |
| Patient First Name: | ▮▮▮ |
| Patient Last Name: | ▮▮▮ |
| Patient Date Of Birth: (MM/DD/YYYY) | ▮▮▮ |
| Gender: | Female |
| What is the patient's ethnicity: | Unknown |
| What is being reported? | Unsafe Condition: Any circumstance that increases the probability of a patient safety event. |
| Event Type: | Radiology |
| Sub Event Type: | Report Discrepancy |
| Location: | Vista Medical Center East |
| Sub-Location: | Radiology/Imaging |
| Sub-Sub-Location: | CT |
| Specific Location: | NO ANSWER |
| Describe the Event: | Patient had CT low dose lung screening. The findings and impression were discordant. Dr Wilbur notified, did addendum that was still discordant. |
| Contributing Factors: (Select all that apply) | Unknown |
| Was the event witnessed? | NO ANSWER |
| Reporter Name: | Michele Newby |
| Reporter Title: | Oncology Nurse Navigator |

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

**Event Number: 2013**

## Follow up

## Communication Center

| User | Notified | Review Completed | Last Reviewed | First Reviewed | Access |
|---|---|---|---|---|---|
| ☒ Natalie Butler | 12/12/2024 12:40 | | 12/12/2024 12:53 | 12/12/2024 12:52 | Rule |
| ☒ Victoria Craig | 12/12/2024 12:40 | | 12/18/2024 12:19 | 12/16/2024 08:24 | Rule |
| ☒ Bruce Mackenzie | 12/12/2024 12:53 | | | | Invited |
| John Maslowski | 12/12/2024 12:40 | | | | Rule |
| Jennifer Massey | 12/12/2024 12:40 | | | | Rule |
| ☒ Diane Rolston | 12/12/2024 12:40 | | | | Rule |

Click to show view reminders

View / Assign Tasks                                                                                    Assign Task

**NOTE:** Required questions marked with *

**Comments:**

Add Comment

| Comment | User | Date Time |
|---|---|---|
| discussed with CMO - group working to replace MD as there have been numerous questions regarding quality/competency of the provider | Natalie Butler | 12/12/2024 12:54 |

**Severity Level:**

| No apparent injury/ No harm/ Did reach patient (Level 2) | ˅ |

**\*Status:**

| Submitted | ˅ |

**Submitted Date/Time:**                    **12/12/2024 12:40**

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

Clarity Group, Inc. Copyright © 2025



**HEALTHCARE SAFETYZONE®**
powered by **CLARITY**

Natalie Butler   Logout Current Form, Patient Form

**Event Number: 1882**

## Live Event

| Question | Answer |
|---|---|
| Event Date/Time: | 11/14/2024 10:18 |
| Patient Account Number: | ▇▇▇▇ |
| Patient First Name: | ▇▇ |
| Patient Last Name: | ▇▇ |
| Patient Date Of Birth: (MM/DD/YYYY) | ▇▇▇▇ |
| Gender: | Female |
| What is the patient's ethnicity: | NO ANSWER |
| What is being reported? | Unsafe Condition: Any circumstance that increases the probability of a patient safety event. |
| Event Type: | Radiology |
| Sub Event Type: | Report Discrepancy |
| Location: | Vista Medical Center East |
| Sub-Location: | Radiology/Imaging |
| Sub-Sub-Location: | CT |
| Specific Location: | NO ANSWER |
| Describe the Event: | Patient had low dose CT on 11/5/24, several errors on the report. The findings and Impression do not match correctly, and the Lung RADS should include PET possible |
| Contributing Factors: (Select all that apply) | Human Factors~Staff qualifications |
| Human Factors: | NO ANSWER |
| Staff qualifications: | Unknown |
| Was the event witnessed? | No |
| Reporter Name: | Michele Newby |
| Reporter Title: | Nurse Navigator |

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

**Event Number: 1882**

## Follow up

## Communication Center

| User | Notified | Review Completed | Last Reviewed | First Reviewed | Access |
|---|---|---|---|---|---|
| ⊠ Natalie Butler | 11/18/2024 15:24 | | 11/18/2024 15:41 | 11/18/2024 15:41 | Rule |
| ⊠ Victoria Craig | 11/18/2024 15:24 | | 11/19/2024 07:41 | 11/19/2024 07:41 | Rule |
| John Maslowski | 11/18/2024 15:24 | | | | Rule |
| Jennifer Massey | 11/18/2024 15:24 | | | | Rule |
| ⊠ Diane Rolston | 11/18/2024 15:24 | | 11/18/2024 15:26 | 11/18/2024 15:26 | Rule |

Click to show view reminders

**NOTE:** Required questions marked with *

**Comments:**

Add Comment

| Comment | User | Date Time |
|---|---|---|
| will send to leadership for quality of reads/peer | Natalie Butler | 11/18/2024 15:41 |

**Severity Level:**

| ⌄ |
|---|

*Status:**

| Submitted | ⌄ |
|---|---|

**Submitted Date/Time:**                                   11/18/2024 15:24

This is a confidential patient safety work product communication. It is protected from disclosure pursuant to the provisions of the Patient Safety and Quality Improvement Act (42 CFR, Part 3) and other state and federal laws. Unauthorized disclosure or duplication is prohibited.

Confidential Information: Quality Assurance Process

This is for internal use only and should not be construed as notice to parties outside of Vista Medical Center East

Clarity Group, Inc. Copyright © 2025

EXHIBIT 4

4:11

**New Message**          Cancel

To: Brian Schenker

No, I wanted to forward the email that Nancy sent. But I think you saw it in my tiger text that he said he doesn't have access to that email. So I'm back to my original question. Does he need some training or something that he doesn't know how to properly read low-dose CT's? And he does have an email because she sent it to him. He really needs to be able to access email

Strange, you do not come up in our directory for email

I spoke to him yesterday and he added he studied up and learned about it and will start adding.

Brians@northernlightmm.com

Fri, Nov 22 at 7:55 AM

Dr. Wilbur will provide addendum tomorrow morning. He is traveling at another facility and will be back

+          Text Message · RCS          🎤