CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Counter-Defendant. | Case No. 2:25-cv-03643-MCS-BFM<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**DECLARATION OF MARK RABINOVICH IN SUPPORT OF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**<br><br>*Filed concurrently with Response to OSC re: Subject Matter Jurisdiction and Declaration of David Tiraturyan* |

# DECLARATION OF MARK RABINOVICH

I, Mark Rabinovich, declare as follows:

1. I am the Executive Vice President and a member of Plaintiff Northern Light Medical Management, LLC ("NLMM" or "Plaintiff"), which is a party to this action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in response to the Court's Order to Show Cause re: Subject Matter Jurisdiction (ECF No. 33).

2. NLMM is a limited liability company organized under the laws of the State of Wyoming. NLMM maintains its headquarters and principal place of business at 1895 Tyler Street, Hollywood, Florida 33021.

3. I have personal knowledge of NLMM's membership structure and the identity and citizenship of all its members. NLMM has five members: two individuals and three limited liability companies.

4. NLMM has two individual members: (i) Patrick Santore, Jr., who is a citizen and domiciliary of Florida, and (ii) myself, also a citizen and domiciliary of Florida.

5. The entity members of NLMM are: (i) Noah's Ark Investments, LLC, a Wyoming limited liability company; (ii) A2Z MOS Holdings LLC, a Florida limited liability company; and (iii) JRS Capital, LLC, a Tennessee limited liability company.

   a. Noah's Ark Investments, LLC has one member: Irina Gampel, who is a citizen and domiciliary of Florida.

   b. A2Z MOS Holdings LLC has one member: the A2Z Trust dated June 18, 2018. The trustee of the A2Z Trust is Ernest Tepman, who is a citizen and domiciliary of Florida.

   c. A2Z MOS Holdings LLC was originally organized as limited partnership in California under the name A2Z Holdings, LP. On August 23, 2018, A2Z Holdings, LP was converted to a Florida limited liability company under its

current name: A2Z MOS Holdings LLC. Since its conversion, A2Z MOS Holdings LLC has been organized under Florida law. Attached hereto as **Exhibit A** is a true and correct copy of A2Z MOS Holdings LLC's Articles of Conversion filed with the Florida Secretary of State.

    d. JRS Capital, LLC has one member: Steven Springborn, who is a citizen and domiciliary of Tennessee.

   6. Based on my personal knowledge, and subject to my review of relevant documents concerning NLMM's membership structure, no member of NLMM is a citizen of Illinois, Nevada, or California. All members are citizens of either Florida or Tennessee.

   7. I have reviewed NLMM's relevant corporate records and confirm that the membership and citizenship information provided above is complete and accurate, and that there are no other members of NLMM beyond those identified in this Declaration.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on this 10th day of July, 2025.

_____
Mark Rabinovich