CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>　　　　Counter-Defendant. | Case No. 2:25-cv-03643-MCS-BFM<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**DECLARATION OF DAVID TIRATURYAN IN SUPPORT OF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**<br><br>*Filed concurrently with Response to OSC re: Subject Matter Jurisdiction and Declaration of Mark Rabinovich* |

# DECLARATION OF DAVID TIRATURYAN

I, David Tiraturyan, declare as follows:

1. I am an attorney licensed to practice before this Court, and am an associate with the law firm of FROST LLP, attorneys of record herein for Plaintiff and Counter-Defendant Northern Light Medical Management, LLC ("NLMM"). I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto. I make this Declaration in support of NLMM's concurrently filed Response to the Court's Order to Show Cause re: Subject Matter Jurisdiction dated July 3, 2025 ("OSC," ECF No. 33).

2. I was the attorney primarily responsible for drafting the Complaint in this action. In so doing, I conducted a diligent analysis of whether this Court and this District was the proper jurisdiction and venue for this action.

3. Specifically, I reviewed all publicly filed corporate records of American Healthcare Systems Corp., Inc. ("AHSC") and Waukegan Illinois Hospital Company, LLC ("Vista") (together, "Defendants").

4. In my review, I determined that AHSC was a corporation organized and existing under the laws of the State of Nevada. A true and correct copy of AHSC's entity information from the Nevada Secretary of State's website is attached hereto as **Exhibit A**.

5. I also determined that AHSC is qualified to do business in the State of California, as reflected in its corporate filings with the California Secretary of State. AHSC's entity information from the California Secretary of State's website is attached hereto as **Exhibit B**.

6. AHSC's most recent Statement of Information filed with the California Secretary of State lists 505 N. Brand Blvd., Suite 1110, Glendale, California 91203 as its principal executive office address. A true and correct copy of this Statement of Information, filed on June 14, 2024, is attached hereto as **Exhibit C**.

1

DECLARATION OF DAVID TIRATURYAN IN SUPPORT OF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

7. AHSC's Nevada Secretary of State filings list the same Glendale, California address for its officers. A true and correct copy of AHSC's most recent Annual List of Officers from the Nevada Secretary of State, filed as of August 18, 2024, is attached hereto as **Exhibit D**.

8. AHSC's website lists 505 N. Brand Blvd., Suite 1110, Glendale, California 91203 as its corporate address. A true and correct copy of the relevant page from AHSC's website is attached hereto as **Exhibit E**.

9. I determined that Vista is a limited liability company organized under the laws of Illinois. A true and correct copy of Vista's entity information from the Illinois Secretary of State's website is attached hereto as **Exhibit F**.

10. In attempting to determine Vista's membership for jurisdictional purposes, I searched public records but was unable to locate any publicly available information identifying Vista's members.

11. The Illinois Secretary of State's records identify Faisal Gill, Jonathan Burket, and Mike Sarian as Vista's managers.

12. Through Westlaw's PeopleMap function, I conducted public records searches on each of these managers and determined that all three maintain residences in California.

13. On June 30, 2025, I participated in the parties' Rule 26(f) conference with Defendants' counsel, Aimee Gill.

14. During this conference, we discussed, among other things, subject matter jurisdiction. Ms. Gill agreed that this Court had subject matter jurisdiction over this action and raised no objection regarding the citizenship of Vista's members or any issue that would destroy complete diversity.

15. Following the conference, I prepared a draft Joint Rule 26(f) Report which included the statement that the parties agreed subject matter jurisdiction existed. I sent this draft to opposing counsel for review and revision on July 3, 2025.

DECLARATION OF DAVID TIRATURYAN IN SUPPORT OF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

16. On July 7, 2025, Ms. Gill sent the draft Joint Rule 26(f) Report back to me with Defendants' portions completed. I informed Ms. Gill that I would send her the final PDF version for confirmation before filing and asked whether we were authorized to sign on her behalf. I then sent the final version to Ms. Gill stating "Please see the final version attached here. Once you confirm, we'll proceed with filing," to which Ms. Gill replied "Confirmed." Ms. Gill did not object to any portion of the Joint Report, including the statements regarding the parties' citizenship. A true and correct copy of this email exchange is attached hereto as **Exhibit G**.

17. On July 9, 2025, following this Court's issuance of the OSC, I emailed Defendants' counsel requesting confirmation that none of Vista's members are citizens of Florida, Wyoming, or Tennessee.

18. That same day, Mr. Faisal Gill responded to my email stating: "I am a resident of Florida." I then inquired whether Mr. Gill: (a) is a member of Vista; (b) is domiciled in Florida; and (c) would provide information regarding the factors for establishing domicile of an individual. I also attached a public records report for Mr. Gill, generated through Westlaw's PeopleMap function, that demonstrated that there was no connection between Mr. Gill and the state of Florida whatsoever.

19. Mr. Gill responded that he "recently moved" to an address in Miami Beach, Florida, that his children "attend elementary school in Miami," and that he is "a member of the parent company." He did not, however, clarify which parent company he referenced.

20. When I asked whether he owns or rents the Miami Beach property and again requested clarification about the "parent company," Mr. Gill stated he rents because he "could not have time to buy, but will be buying soon" and that he "do[es] not have any intent to move back to California" and "plan[s] to stay permanently in Florida." However, Mr. Gill did not answer whether the "parent company" he was referring to was AHSC.

21. In response, I thanked Mr. Gill for providing that information and, again, inquired what parent company for Vista Mr. Gill was referring to. To date, Mr. Gill has not responded to my inquiry. Nor did Mr. Gill answer whether he is a member of Vista, nor did he provide any of the factors I requested, including voting registration, driver's license state, or tax payment information.

22. I note that the timestamps on Mr. Gill's July 9, 2025 emails show "On Jul 9, 2025, at 3:12 PM," "On Jul 9, 2025, at 3:49 PM," and "On Wed, Jul 9, 2025 at 4:04 PM"—the same Pacific Standard Time timestamps shown for my emails to him. This indicates his email system was set to Pacific time zone, not Eastern time as would be expected from someone residing in Florida.

23. A true and correct copy of the foregoing email exchange is attached hereto as **Exhibit H**.

24. Following Mr. Gill's claim of Florida residency, I conducted further public records searches for any connection between Mr. Gill and Florida, but found no such connection. For instance, I checked the Florida State Bar's Lawyer Directory and confirmed that Mr. Gill is not licensed to practice law in Florida. I also confirmed that Mr. Gill ran for Los Angeles City Attorney as recently as 2022. Additionally, I reviewed Mr. Gill's attorney profile on the California State Bar's website, which lists his address as 505 N Brand Blvd, Ste 1200, Glendale, CA 91203-3328—the same Glendale address shown on all of Defendants' pleadings in this action.

25. Apart from Mr. Gill's ambiguous responses, Defendants have not identified any Vista member who is a citizen of Florida, Wyoming, or Tennessee, despite my direct inquiry.

/ / /
/ / /
/ / /
/ / /
/ / /

4
DECLARATION OF DAVID TIRATURYAN IN SUPPORT OF NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S RESPONSE TO ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on this 10th day of July, 2025.

_____
David Tiraturyan