# EXHIBIT G

**David Tiraturyan**

| | |
|---|---|
| **From:** | Aimee Gill <agill@glawoffice.com> |
| **Sent:** | Monday, July 7, 2025 1:53 PM |
| **To:** | David Tiraturyan |
| **Cc:** | Faisal Gill; Benjamin Kassis |
| **Subject:** | Re: Rule 26(f) Report |

[EXTERNAL E-MAIL]

Confirmed.

Sincerely,
Aimee

On Mon, Jul 7, 2025 at 1:23 PM David Tiraturyan <david1@frostllp.com> wrote:

Please see the final version attached here.

Once you confirm, we'll proceed with filing.

Thanks,
DT

FROST

David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan
**Sent:** Monday, July 7, 2025 1:14 PM
**To:** Aimee Gill <agill@glawoffice.com>
**Cc:** Faisal Gill <fgill@amhealthsystems.com>; Benjamin Kassis <ben@frostllp.com>
**Subject:** RE: Rule 26(f) Report

Thanks Aimee.

I'll send you the final PDFed version for confirmation before we file.

You didn't sign the signature block but I'm assuming you authorize us to /s/ sign for your?

Thanks,

DT



David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Aimee Gill <agill@glawoffice.com>
**Sent:** Monday, July 7, 2025 1:09 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Faisal Gill <fgill@amhealthsystems.com>; Benjamin Kassis <ben@frostllp.com>
**Subject:** Re: Rule 26(f) Report

[EXTERNAL E-MAIL]

Please see attached.

Sincerely,

Aimee

On Mon, Jul 7, 2025 at 11:14 AM David Tiraturyan <david1@frostllp.com> wrote:

Hi Aimee,

Just confirming that you'll return the Joint Report back today for filing, as the deadline is today.

Thanks,

DT

David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan <david1@frostllp.com>
**Date:** Thursday, July 3, 2025 at 3:41 PM
**To:** Aimee Gill <agill@glawoffice.com>
**Cc:** Faisal Gill <fgill@amhealthsystems.com>, Benjamin Kassis <ben@frostllp.com>
**Subject:** Rule 26(f) Report

Hi Aimee,

Attached please find the draft Joint Rule 26(f) Report, as well as the schedule worksheet we discussed during our call on Monday.

Please fill out the appropriate sections for Defendants and let me know if you have any questions or comments about anything.

Note that this is due on July 7.

Thanks,

DT



David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

--

Aimee Gill

Gill Law Firm

505 N Brand Blvd, Suite 1110

Glendale, CA 91203

(802)233-3297

(310)388-0564 (fax)

agill@glawoffice.com

\--

Aimee Gill

Gill Law Firm

505 N Brand Blvd, Suite 1110

Glendale, CA 91203

(802)233-3297

(310)388-0564 (fax)

agill@glawoffice.com