# Exhibit H

**David Tiraturyan**

| | |
|---|---|
| **From:** | David Tiraturyan |
| **Sent:** | Wednesday, July 9, 2025 4:09 PM |
| **To:** | Faisal Gill |
| **Subject:** | RE: NLMM v. AHSC |

Thanks. What is Vista's parent company you are referring to?



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Faisal Gill <fgill@glawoffice.com>
**Sent:** Wednesday, July 9, 2025 4:07 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Subject:** Re: NLMM v. AHSC

[E<small>XTERNAL</small> E-<small>MAIL</small>]

I rent. But I do not have any intent to move back to California, my family is from VA plan to stay permanently in Florida. We are renting because could not have time to buy, but will be buying soon.

On Wed, Jul 9, 2025 at 4:04 PM David Tiraturyan <david1@frostllp.com> wrote:

> Please also confirm whether you rent or own the property on ▓▓▓▓▓▓▓▓, in addition to the other points I identified below.
>
> 
>
> David Tiraturyan

1

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** David Tiraturyan
**Sent:** Wednesday, July 9, 2025 4:01 PM
**To:** Faisal Gill <fgill@glawoffice.com>
**Cc:** Aimee Gill <agill@glawoffice.com>; Benjamin Kassis <ben@frostllp.com>
**Subject:** RE: NLMM v. AHSC

When you say member of the parent company, are you referring to AHSC?



David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Faisal Gill <fgill@glawoffice.com>
**Sent:** Wednesday, July 9, 2025 3:55 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Aimee Gill <agill@glawoffice.com>; Benjamin Kassis <ben@frostllp.com>
**Subject:** Re: NLMM v. AHSC

[E<span style="font-variant:small-caps">XTERNAL</span> E-<span style="font-variant:small-caps">MAIL</span>]

David

My address is ███████████████ Miami Beach, FL 33141. I recently moved there but I am a Florida resident and domiciled there. My kids attend elementary school in Miami.

I am a member of the parent company.

Sincerely

Faisal

Sent from my iPhone

> On Jul 9, 2025, at 3:49 PM, David Tiraturyan <david1@frostllp.com> wrote:
>
> Faisal,
>
> Please confirm the following:
>
> 1. That you are a member of Vista.

3

2. That you are <u>domiciled</u> in Florida.

    1. Note that "[a] person is domiciled 'in a location where he or she has established a fixed habitation or abode in a particular place, and [intends] to remain there permanently or indefinitely.'" *Garza v. Brinderson Constructors, Inc.*, 178 F. Supp. 3d 906, 913 (N.D. Cal. 2016).

3. Specifically, I will need to know the following:

    1. Your current residence.

    2. State where you are registered to vote voting and where you've voted in the last 5 elections.

    3. Location of personal and real property.

    4. Location of any brokerage and bank accounts.

    5. Location of your spouse and family.

    6. Membership in unions and other organizations.

    7. Place of employment or business.

    8. State of your driver's license and automobile registration.

    9. State where you've paid taxes.

2. Note that the above are all factors for establishing domicile in the Ninth Circuit under *Lew v. Moss*, 797 F.2d 747, 750 (9th Cir. 1986).

The attached public records report does not identify any connection between you and the State of Florida, so I will need confirmation that you are in fact domiciled in Florida. I will also note that you ran for Los Angeles City Attorney in 2022, and your firm's and AHSC's address are in Glendale, CA.

Finally, in the Joint Rule 26(f) Report we submitted this Monday, it says that "[n]one of Defendant Vista's members are citizens of Wyoming or Florida." This wasn't changed when I sent it to your office for review/edit and was later confirmed when I circulated it for final approval.

Thanks,
DT

David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Faisal Gill <fgill@glawoffice.com>
**Sent:** Wednesday, July 9, 2025 3:18 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Aimee Gill <agill@glawoffice.com>; Benjamin Kassis <ben@frostllp.com>
**Subject:** Re: NLMM v. AHSC

[E<small>XTERNAL</small> E-<small>MAIL</small>]

David,

I am a resident of Florida.

Sincerely,

Faisal

Sent from my iPhone

> On Jul 9, 2025, at 3:12 PM, David Tiraturyan <david1@frostllp.com> wrote:

5

Hi Aimee,

For purposes of responding to the Court's OSC re Subject Matter Jurisdiction, can you please identify whether any of Vista's members are residents of Florida, Wyoming, or Tennessee?

Thanks in advance,

DT

<image001.jpg>

David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

<Westlaw Precision - PeopleMap Report FAISAL M GILL.pdf>