| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Christopher Frost (SBN 200336) |
| Benjamin Kassis (SBN 298844) |
| David Tiraturyan (SBN 350995) |
| FROST LLP |
| 10960 Wilshire Boulevard, Suite 2100, Los Angeles, CA 90024 |
| Tel: (424) 254-0441 |
| chris@frostllp.com; ben@frostllp.com; david1@frostllp.com |

ATTORNEY(S) FOR: Northern Light Medical Management, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, <br><br> Plaintiff(s), <br><br> v. <br><br> AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:25-cv-03643-MCS-BFM <br><br> AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Northern Light Medical Management, LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Northern Light Medical Management, LLC | Plaintiff and Counter-Defendant |
| Patrick Santore, Jr. | Member of NLMM; citizen of Florida |
| Mark Rabinovich | Member of NLMM; citizen of Florida |
| Noah's Ark Investments, LLC | Member of NLMM; citizen of Florida |
| A2Z MOS Holdings LLC | Member of NLMM; citizen of Florida |
| JRS Capital, LLC | Member of NLMM; citizen of Tennessee |
| American Healthcare Systems Corp., Inc. | Defendant and Counterclaimant |
| Waukegan Illinois Hospital Company, LLC | Defendant |

| | |
|---|---|
| July 10, 2025 <br> Date | /s/ David Tiraturyan <br> Signature |

Attorney of record for (or name of party appearing in pro per):

Northern Light Medical Management, LLC