Faisal Gill (SBN 263416)
fgill@glawoffice.com
Aimee Gill (SBN 326758)
agill@glawoffice.com
GILL LAW FIRM
505 N. Brand Blvd., Suite 1200
Glendale, California 91203
Telephone: (310) 418-6675
Facsimile: (202) 318-5331

Attorneys for Defendants and Counterclaimant
AMERICAN HEALTHCARE SYSTEMS CORP., INC. and WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:25-cv-03643-MCS-BFM<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**DEFENDANTS' COUNSEL REQUEST TO APPEAR TELEPHONICALLY**<br><br><u>Scheduling Conference:</u><br>Date:　　July 21, 2025<br>Time:　　10:00 a.m.<br>Crtrm.:　7C, 7th Floor<br>　　　　　First Street Courthouse<br>　　　　　350 West 1st Street<br>　　　　　Los Angeles, California 90012 |

　　　　Faisal Gill, counsel for Defendants/Counterclaimants American Healthcare Systems Corp., Inc., requests to appear telephonically (by telephone or by Zoom) at the Scheduling Conference scheduled for July 21, 2025 at 10:00am. In support of this Request, he states under penalty of perjury as follows:

　　1. Both counsel reside in Miami, Florida.

1

---

2. Both counsel are currently scheduled to be in Washington, D.C. area until late July 20, 2025 for a close family member's wedding.

3. This trip includes Counsels' young children.

4. Mr. Gill also has to be in Miami, Florida on July 23, 2025 for important work matters.

5. As such, it will be extremely difficult for either counsel to travel across country back to California for the scheduling conference. It would require two days worth of travel in a very short time period.

6. The parties have agreed upon trial and other dates for this case. To the extent the parties have disagreements on other matters, resolving those issues should not require extensive argument or presentation that cannot be done on telephone or in a Zoom conference.

7. Both Counsel have experienced resolving matters with opposing counsel by phone in this matter, and have been able to successfully resolve issues via telephone efficiently and amicably.

8. My telephone number that can be used to appear telephonically is 310-418-6675. I can also appear by Zoom if provided the necessary login information.

9. Mrs. Gill advised opposing counsel by email on July 14, 2025 of our intention to make this Request to appear telephonically.

WHEREFORE, Counsel for Defendants/Counterclaimants request to appear telephonically (by telephone or by Zoom) at the Scheduling Conference on July 21, 2025 at 10:00am.

I declare under penalty of perjury under Federal law and the laws of the State of California that the foregoing is true and correct.

DATED: July 15, 2025

Respectfully Submitted,

/S/ Faisal Gill
Faisal Gill
Gill Law Firm

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a copy of the foregoing Request to Appear Telephonically on Plaintiff Northern Lights Medical Management, LLC, by delivering said document to the following attorney of record vial ECF on July 15, 2025:

CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Dated: July 15, 2025            ___/s/ Faisal Gill_____
                                         Faisal Gill