# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP. INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25–cv–03643–MCS–BFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __7/15/2025__

Document No.:  __39__

Title of Document:  __Request for Faisal Gill to appear telephonically__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Filer ERRONEOUSLY set request on Judge's Motion calendar for hearing 7/21/25 10:00 AM, no such hearing appears on filing NOR is one required. The clerk has TERMED ONLY THIS ERRONEOUS HEARING. The request REMAINS PENDING the Judge's Ruling.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _July 16, 2025_    By: _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                             Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.



G-112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS