UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:25-cv-03643-MCS-BFM | Date July 30, 2025 |
| Title *N. Light Mgmt., LLC v. Am. Healthcare Sys. Corp., Inc.* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER RE: MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM (ECF NO. 45)**

Plaintiff and Counterclaim Defendant Northern Light Medical Management, LLC, moves to dismiss the second amended counterclaim of Defendant and Counterclaimant American Healthcare Systems Corp., Inc. (Mot., ECF No. 45.) The Court deems the motion appropriate for decision without further briefing or oral argument and vacates the hearing set for September 8, 2025. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

For prudential reasons, the Court denies the motion without prejudice to renewal. Northern Light's counsel, David Tiraturyan, explains that he conducted the prefiling conference of counsel with Aimee Gill, who represents American Healthcare Systems. (Tiraturyan Decl. ¶¶ 13–15, ECF No. 45-1.)[1] Counsel discussed the motion only *after* Ms. Gill confirmed she would withdraw from representing American Healthcare Systems given a possible conflict issue with her co-counsel, Faisal Gill. (*Id.* ¶ 14; Prior Tiraturyan Decl. ¶¶ 5–10, ECF No. 43.) Given this

---

[1] Counsel conducted the prefiling conference six days before Northern Light filed the motion, violating Local Rule 7-3 and providing an independent basis for denial of the motion.

context, the Court is skeptical that the position of the departing Ms. Gill should control American Healthcare Systems'. Once retained, new counsel for American Healthcare Systems might approach the case, and the arguments for dismissal presented in the motion, with a different litigation strategy.

Accordingly, the Court denies the motion. Northern Light shall renew its motion or otherwise respond to the second amended counterclaim by August 25, 2025. Any renewed motion must be supported by a prefiling conference with American Healthcare Systems' new counsel that strictly complies with Local Rule 7-3.

**IT IS SO ORDERED.**