# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northern Light Medical Management, LLC<br><br>PLAINTIFF(S)<br>v.<br><br>American Healthcare Systems Corp, Inc. et al<br><br>DEFENDANT(S) | CASE NUMBER: 2:25-cv-03643-MCS-BFM<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission if another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution is required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Faisal Gill                                                        CA Bar Number: 263416

Firm or agency: Gill Law Firm

Address: 505 N. Brand Blvd. Suite 1200, Glendale, CA 91203

Telephone Number: 310.415.6675

E-mail: Fgill@glawoffice.com

Counsel of record for the following party or parties: American Healthcare Systems Corp., Inc. and Mike Sarian an individual.

Other members of the same firm or agency also seeking to withdraw: _____

**SECTION II – NEW REPRESENTATION**

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Varand Gourjian          CA Bar Number: 205344

Firm or agency: Gourjianlaw, P.C.

Address: 101 N. Brand Blvd. Suite 1220

Telephone Number: 818.956.0100

E-mail: varand@gourjianlaw.com

**SECTION III – SIGNATURES**

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 8/8/25          Signature: [signed]
                      Name: Faisal Gill

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 08/8/25         Signature: [signed]
                      Name: Varand Gourjian

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☐ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 8/8/2025        Signature: [signed]
                      Name: MIKE SARIAN
                      Title: CEO & CHAIRMAN

G-01 (06/13)    REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL    Page 2 of 2

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My address is 101 N. Brand Blvd. Suite 1220, Glendale, CA 91203.

On August 8, 2025, I served the foregoing document(s) described as:

**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL**

on the interested parties as follows:

Christopher Frost
Benjamin Kassis
David Tiraturyan
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90024
*Attorneys for Plaintiff*

☒ (OFFICE MAIL) I am readily familiar with my firm's or other business' practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service that same day. I placed true copies of the above-entitled document in envelopes addressed as shown above and sealed and placed them for collection and mailing on the date stated below, following ordinary business practices. (C.C.P. §1013a(3))

☐ (BY ELECTRONIC SERVICE) via e-mail transmission to counsel and/or party at the email address identified above.

☐ (BY CERTIFIED MAIL) I caused such envelope with postage thereon fully prepaid, via certified mail -- return receipt requested, to be placed in the United States mail at Glendale, California.

☐ (BY PERSONAL SERVICE) I caused such document to be personally served on all parties at _____.

Executed on August 8, 2025, at Glendale, California.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____/s/ Ivette Molina_____
Ivette Molina

-1-
PROOF OF SERVICE