# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northern Light Medical Management, LLC <br> Plaintiff(s) <br> v. <br> American Healthcare Systems Corp, Inc. et al <br> Defendant(s) | CASE NUMBER <br> 2:25-cv-03643-MCS-BFM <br><br> (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

American Healthcare Systems Corp   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Varand Gourjian  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

101 N. Brand Blvd., Suite 1220
*Street Address*

Glendale, CA 9120
*City, State, Zip*

varand@gourjianlaw.com
*E-Mail Address*

818.956.0100
*Telephone Number*

*Fax Number*

205344
*State Bar Number*

as attorney of record instead of  Faisal Gill

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED   ☐ DENIED

☒ The Court hereby orders that the request of  Faisal Gill

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge