# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northern Light Medical Management, LLC <br> Plaintiff(s) <br> v. <br> American Healthcare Systems Corp, Inc. et al <br> Defendant(s) | **CASE NUMBER** <br> 2:25-cv-03643-MCS-BFM <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

American Healthcare Systems Corp   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Varand Gourjian  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

101 N. Brand Blvd., Suite 1220
*Street Address*

Glendale, CA 9120          varand@gourjianlaw.com
*City, State, Zip*          *E-Mail Address*

818.956.0100                    205344
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of Faisal Gill

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☒ The Court hereby orders that the request of Faisal Gill

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for

**is hereby** ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated   August 8, 2025

*[signature]*

Mark C. Scarsi, U.S. District Judge

G-01 ORDER (02/24)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY