Varand Gourjian, Esq. (SBN 205344)
Email: varand@gourjianlaw.com;
Armen F. Papazian, Esq. (SBN 209989), of counsel
Emai: armen@papazianlawfirm.com
Tara Karamians, Esq. (SBN 331329)
Email: tara@gourjianlaw.com;
Alec Galustian, Esq. (SBN 360045)
Email: Alec@gourjianlaw.com
**GOURJIAN LAW GROUP, P.C.**
101 N. Brand Blvd., Suite 1220
Glendale, California 91203
Telephone: (818) 956-0100

Attorneys for Defendants: AMERICAN HEALTHCARE SYSTEMS CORP., INC. and WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al.<br><br>Defendants. | CASE NO. 2:25-cv-3643<br><br>*Assigned for all purposes to Hon. Mark C. Scarsi*<br><br>Complaint Filed: April 24, 2025<br>Counterclaim Filed: July 14, 2025<br><br>**STIPULATION TO EXTEND TIME FOR COUNTER DEFENDANT TO RESPOND TO COUNTER-CLAIMANTS' SECOND AMENDED COUNTERCLAIM** |
| AMERICAN HEALTHCARE SYSTEMS CORP., INC., et al.<br><br>Counter Claimants,<br><br>vs.<br><br>NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Counter Defendant. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, Defendants and Counter Claimants AMERICAN HEALTHCARE SYSTEMS CORP., INC(collectively, "Defendants" and "Counter Claimants") filed its Second Amended Counterclaim ("SAXC") on or about July 14, 2025;

WHEREAS, Plaintiff and Counter Defendant NORTHERN LIGHT MEDICAL MANAGEMENT, LLC's, a Wyoming limited liability company, response to Defendants' SAXC is due on August 25, 2025;

WHEREAS, on or about August 13, 2025, Defendants substituted their counsel of record;

WHEREAS, Defendants' attorneys of record are in the process of analyzing and familiarizing themselves with the voluminous records of this case;

WHEREAS, counsel for Plaintiff and Defendants held a pre-filing conference pursuant to Local Rule 7-3 on Friday, August 15, 2025 wherein they discussed the substance of Plaintiff's Motion to Dismiss;

WHEREAS, Defendants' counsel represented during that conference that they needed additional time to review the pleadings to determine whether the issues identified by Plaintiff could be resolved, such that a motion to dismiss would no longer be necessary;

WHEREAS, Plaintiff's and Defendants' counsel of record are in continued communications regarding Plaintiff's intent to file a motion to dismiss the SAXC;

In an attempt to seek resolution of Plaintiff's concerns without court intervention, the Parties agree to extend Plaintiff's deadline to respond to the SAXC;

The Parties, by and through their respective undersigned counsel of record, stipulate to an extension of time up to and including September 5, 2025, for Plaintiff to

respond to Defendants' SAXC, such that Defendants' counsel can get acquainted with the facts and issues of the case and competently participate in meet and confer efforts.

DATED August 22, 2025

Respectfully submitted,
GOURJIAN LAW GROUP, P.C.

By: /s/ Tara Karamians
Tara Karamians, Esq.
Attorney for Defendants
**GOURJIAN LAW GROUP, P.C.**
101 N. Brand Blvd., Suite 1220
Glendale, California 91203
Telephone: (818) 956-0100
Email: tara@gourjianlaw.com;

DATED August 22, 2025

By: /s/ David Tiraturyan
David Tiraturyan
Attorney for Plaintiff
**FROST LLP**
10960 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90024
424-254-0441
Fax: 424-600-8504
Email: david1@frostllp.com

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby certifies that all signatories listed above have concurred in the filing of this document.

DATED August 22, 2025

GOURJIAN LAW GROUP, P.C.
By: /s/ Tara Karamians
Tara Karamians, Esq.
Attorney for Defendants
**GOURJIAN LAW GROUP, P.C.**
101 N. Brand Blvd., Suite 1220
Glendale, California 91203
Telephone: (818) 956-0100
Email: tara@gourjianlaw.com;

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF LOS ANGELES   )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My address is 101 N. Brand Blvd. Suite 1220, Glendale, CA 91203.

    On August 22, 2025, I served the foregoing document(s) described as:

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

on the interested parties as follows:

Christopher Frost
Benjamin Kassis
David Tiraturyan
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, CA 90024
chris@frostllp.com
ben@frostllp.com
david1@frostllp.com
*Attorneys for Plaintiff*

☒ (OFFICE MAIL) I am readily familiar with my firm's or other business' practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service that same day. I placed true copies of the above-entitled document in envelopes addressed as shown above and sealed and placed them for collection and mailing on the date stated below, following ordinary business practices. (C.C.P. §1013a(3))

☐ (BY ELECTRONIC SERVICE) via e-mail transmission to counsel and/or party at the email address identified above.

☐ (BY CERTIFIED MAIL) I caused such envelope with postage thereon fully prepaid, via certified mail -- return receipt requested, to be placed in the United States mail at Glendale, California.

☐ (BY PERSONAL SERVICE) I caused such document to be personally served on all parties at _____.

Executed on August 22, 2025, at Glendale, California.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                              /s/ Ivette Molina
                                              Ivette Molina