CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-cv-03643-MCS-(BFMx)<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**JOINT STIPULATION FOR LEAVE TO ALLOW AMERICAN HEALTHCARE SYSTEMS CORP., INC. TO FILE THIRD AMENDED COUNTERCLAIM**<br><br>Action Filed: April 24, 2025<br>Trial Date: July 28, 2026 |

# JOINT STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15, Plaintiff and Counter-Defendant Northern Light Medical Management, LLC ("NLMM") and Defendant and Counterclaimant American Healthcare Systems Corp., Inc. ("AHS") (together, the "Parties"), by and through the undersigned counsel, stipulate as follows:

**WHEREAS**, on April 24, 2025, NLMM filed its Complaint (ECF No. 1) in this action against AHS and Waukegan Illinois Hospital Company, LLC, asserting claims for (i) Breach of Contract; (ii) Breach of the Implied Covenant of Good Faith and Fair Dealing; (iii) Common Count: Goods and Services Rendered; and (iv) Accounting;

**WHEREAS**, on May 17, 2025, AHS filed an Answer and Counterclaim (ECF No. 19), wherein AHS asserted a claim for Fraud against NLMM;

**WHEREAS**, on June 17, 2025, AHS filed its First Amended Counterclaim (ECF No. 28);

**WHEREAS**, on June 26, 2025, the Parties filed a Joint Stipulation requesting the Court to grant AHS leave to file its Second Amended Counterclaim (ECF No. 30);

**WHEREAS**, on June 30, 2025, the Court entered an order granting the Parties' Joint Stipulation in part, allowing AHS to file its Second Amended Counterclaim (ECF No. 32);

**WHEREAS**, on July 14, 2025, AHS filed its Second Amended Counterclaim (ECF No. 38);

**WHEREAS**, on July 28, 2025, NLMM filed its Motion to Dismiss AHS's Second Amended Counterclaim (ECF No. 45);

**WHEREAS**, on July 30, 2025, the Court denied NLMM's Motion to Dismiss on prudential grounds and "without prejudice to renewal" in light of AHS's prior counsel's pending withdrawal from representation due to a conflict and the Court's

skepticism that the position of departing counsel should control AHS's litigation strategy going forward (*see* ECF No. 46);

**WHEREAS**, the Court's July 30, 2025 Order set NLMM's deadline to renew its motion to dismiss or otherwise respond to the Second Amended Counterclaim on August 25, 2025;

**WHEREAS**, new counsel substituted in for AHS on August 8, 2025;

**WHEREAS**, on August 15, 2025, counsel for the Parties held a pre-filing conference pursuant to Local Rule 7-3 regarding NLMM's renewed motion to dismiss;

**WHEREAS**, during the August 15, 2025 conference, AHS's counsel represented that they needed additional time to review the docket and become acquainted with the facts and issues of the case;

**WHEREAS**, on August 22, 2025, the Parties filed a Stipulation requesting the Court to extend NLMM's deadline to renew its motion to dismiss or otherwise respond to the Second Amended Counterclaim to September 5, 2025 (ECF No. 61), which was granted by the Court on August 25, 2025 (ECF No. 62);

**WHEREAS**, on August 29, 2025, following review of the case, AHS's counsel confirmed that AHS intends to amend its counterclaim and file a Third Amended Counterclaim to assert a claim for Breach of Contract in lieu of its previously asserted Fraud claim;

**WHEREAS**, a true and correct copy of AHS's proposed Third Amended Counterclaim is attached hereto as <u>Exhibit A</u>;

**WHEREAS**, NLMM stipulates to the filing of AHS's Third Amended Counterclaim to clarify and narrow the issues in dispute and promote the efficient resolution of this action;

**WHEREAS**, by stipulating to AHS's filing of its Third Amended Counterclaim, NLMM does not concede, admit, or waive any objections to the sufficiency, validity, or accuracy of any allegations set forth therein, and expressly

reserves all rights, defenses, and arguments, including but not limited to the right to bring motions challenging any and all claims and allegations asserted in the Third Amended Counterclaim; and

**WHEREAS**, there are no hearings currently scheduled in this matter.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. AHS shall file its Third Amended Counterclaim within two (2) days of the Court's entry of an order granting this Joint Stipulation;

2. NLMM's deadline to respond to the Third Amended Counterclaim, including but not limited to any motions challenging the pleading, shall be fourteen (14) days from the date of AHS's filing of the Third Amended Counterclaim; and

3. This Stipulation is without prejudice to NLMM's rights to assert any and all defenses, objections, and arguments, including but not limited to challenges to the sufficiency of any allegations, in response to the Third Amended Counterclaim.

**IT IS SO STIPULATED.**

*[SIGNATURES ON FOLLOWING PAGE]*

DATED: September 4, 2025      FROST LLP

By: _____
DAVID TIRATURYAN
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

DATED: September 4, 2025      GOURJIAN LAW GROUP, P.C.

By: _____/s/ Tara Karamians_____
TARA KARAMIANS
Attorney for Defendant and Counterclaimant
AMERICAN HEALTHCARE SYSTEMS
CORP., INC.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby certifies that all signatories listed above have concurred in the filing of this document.

DATED: September 4, 2025        FROST LLP

By: _____
DAVID TIRATURYAN
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC