UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>        Plaintiff,<br><br>        vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-cv-03643-MCS-BFM<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**ORDER RE: JOINT STIPULATION FOR LEAVE TO ALLOW AMERICAN HEALTHCARE SYSTEMS CORP., INC. TO FILE THIRD AMENDED COUNTERCLAIM (ECF No. 64)**<br><br>Action Filed:  April 24, 2025<br>Trial Date:     July 28, 2026 |

Having reviewed the Joint Stipulation filed by Plaintiff and Counter-Defendant Northern Light Medical Management, LLC ("NLMM") and Defendant and Counterclaimant American Healthcare Systems Corp., Inc. ("AHS") (together, the "Parties"), and good cause appearing therefor, **IT IS HEREBY ORDERED** as follows:

1. The Parties' Joint Stipulation is **GRANTED**;

2. AHS is granted leave to file its Third Amended Counterclaim in the form attached as Exhibit A to the Parties' Joint Stipulation;

3. AHS shall file its Third Amended Counterclaim within two (2) days of the entry of this Order and shall attach as an appendix thereto a "redline" comparison showing the changes from the Second Amended Counterclaim, as required by Section 13 of the Court's Initial Standing Order;

4. NLMM shall respond to AHS's Third Amended Counterclaim, whether by motion or answer, within fourteen (14) days from the date of AHS's filing of the Third Amended Counterclaim;

5. All of NLMM's rights, defenses, and arguments are preserved, including but not limited to the right to bring motions challenging any all claims and allegations asserted in the Third Amended Counterclaim; and

6. All other dates and deadlines in this action, including those set forth in the Scheduling Order (ECF No. 50), remain unchanged.

**IT IS SO ORDERED**.

DATED: September 5, 2025

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE