CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-cv-03643-MCS-(BFMx)<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S NOTICE OF FILING OF UNDERTAKING FOR WRIT OF ATTACHMENT**<br><br>**[Cal. Civ. Proc. Code §§ 489.210 & 489.220; Fed. R. Civ. P. 64]**<br><br>Hearing Information:<br>Judge: Hon. Brianna Fuller Mircheff<br>Date: August 26, 2025<br>Time: 2:00 p.m.<br>Place: Remote via Zoom<br><br>Action Filed: April 24, 2025<br>Trial Date: July 28, 2026 |

66528.1

NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S NOTICE OF UNDERTAKING FOR WRIT OF ATTACHMENT AS TO AMERICAN HEALTHCARE SYSTEMS CORP., INC.

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's September 5, 2025 Order on Plaintiff Northern Light Medical Management, LLC's ("NLMM") Application for Writ of Attachment (ECF No. 66), NLMM hereby submits an undertaking in the amount of $10,000.00 in accordance with California Code of Civil Procedure sections 489.210 and 489.220 and Federal Rule of Civil Procedure 64. A true and correct copy of the undertaking is attached hereto as **Exhibit A**.

DATED: September 11, 2025    FROST LLP

By: _____
CHRISTOPHER FROST
BENJAMIN KASSIS
DAVID TIRATURYAN
Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

66528.1

1

NORTHERN LIGHT MEDICAL MANAGEMENT, LLC'S NOTICE OF UNDERTAKING FOR WRIT OF ATTACHMENT AS TO AMERICAN HEALTHCARE SYSTEMS CORP., INC.