# EXHIBIT A

# SURETEC INSURANCE COMPANY

THE UNITED STATES DISTRICT COURT, _____CENTRAL_____ DISTRICT OF CALIFORNIA

NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

Plaintiff,

v.

AMERICAN HEALTHCARE SYSTEMS CORP., INC. et al.,

Defendants.

No. 2:25-cv-03643-MCS-BFM

UNDERTAKING FOR

WRIT OF ATTACHMENT

CCP 489.210

WHEREAS, the above named _____NORTHERN LIGHT MEDICAL MANAGEMENT_____ desire(s) to give undertaking for _____WRIT OF ATTACHMENT_____ as provided by section 489.210 of California Code of Civil Procedure and as provided by applicable rules of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to _____ AMERICAN HEALTHCARE SYSTEM CORP.

under said statutory obligations in the sum of TEN THOUSAND and 00/100 Dollars ($ 10,000.00 ).

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon notice to it of not less than ten days, proceed summarily and render judgment against it in accordance with their obligation and award execution thereon.

Signed, sealed and dated this _____9TH_____ day of _____SEPTEMBER_____, _____2025_____.

BOND NO. _____3535730_____

PREMIUM: _____200.00_____

BY: _____OSCAR GALLEGOS_____ Attorney-in-fact

Suretec Insurance Company
5555 Garden Grove Blvd. #275
Westminster, CA 92683

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____San Bernardino____)

On __9/9/25__ before me, __N. Cruz-Echauregui, Notary Public__
(insert name and title of the officer)

personally appeared __Oscar Gallegos__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

N. CRUZ-ECHAUREGUI
COMM. #2405140
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
My Commission Expires
JUNE 18, 2026

POA# 510065

# JOINT LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That SureTec Insurance Company, a Corporation duly organized and existing under the laws of the State of Texas and having its principal office in the County of Harris, Texas and Markel Insurance Company (the "Company"), a corporation duly organized and existing under the laws of the state of Illinois, and having its principal administrative office in Glen Allen, Virginia, does by these presents make, constitute and appoint:

**Jeff Aase, Justin Buenaventura, Oscar Zachary Gallegos**

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on their own behalf, individually as a surety or jointly, as co-sureties, and as their act and deed any and all bonds and other undertaking in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

**Five Million and 00/100 Dollars ($5,000,000.00)**

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolutions adopted by the Board of Directors of SureTec Insurance Company and Markel Insurance Company:

"RESOLVED, That the President, any Senior Vice President, Vice President, Assistant Vice President, Secretary, Assistant Secretary, Treasurer or Assistant Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the SureTec Insurance Company and Markel Insurance Company, as the case may be, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Markel Insurance Company and SureTec Insurance Company have caused their official seal to be hereunto affixed and these presents to be signed by their duly authorized officers on the 29th day of August, 2024.

SureTec Insurance Company
By: Michael C. Keimig, President

Markel Insurance Company
By: Lindey Jennings, Vice President

State of Texas
County of Harris:

On this 29th day of August, 2024 A. D., before me, a Notary Public of the State of Texas, in and for the County of Harris, duly commissioned and qualified, came THE ABOVE OFFICERS OF THE COMPANIES, to me personally known to be the individuals and officers described in, who executed the preceding instrument, and they acknowledged the execution of same, and being by me duly sworn, disposed and said that they are the officers of the said companies aforesaid, and that the seals affixed to the proceeding instrument are the Corporate Seals of said Companies, and the said Corporate Seals and their signatures as officers were duly affixed and subscribed to the said instrument by the authority and direction of the said companies, and that Resolutions adopted by the Board of Directors of said Companies referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Harris, the day and year first above written.

By: Chelsea Turner, Notary Public
My commission expires 7/6/2028

We, the undersigned Officers of SureTec Insurance Company and Markel Insurance Company do hereby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, we have hereunto set our hands, and affixed the Seals of said Companies, on the 9TH day of SEPTEMBER, 2025.

SureTec Insurance Company
By: M. Brent Beaty, Assistant Secretary

Markel Insurance Company
By: Andrew Marquis, Assistant Secretary

Any Instrument issued in excess of the penalty stated above is totally void and without any validity. 510065
For verification of the authority of this Power you may call (713)812-0800 on any business day between 8:30 AM and 5:00 PM CST.