CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-cv-03643-MCS-(BFMx)<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**CERTIFICATE BY ATTORNEY OF UNDERTAKING FOR WRIT OF ATTACHMENT (RE: ECF No. 68)**<br><br>**[C.D. Cal. R. 65-5]**<br><br>Action Filed:   April 24, 2025<br>Trial Date:       July 28, 2026 |

**CERTIFICATE BY ATTORNEY OF UNDERTAKING**

I, David Tiraturyan, as attorney of record for Plaintiff and Counter-Defendant Northern Light Medical Management, LLC, hereby certify that the undertaking filed in this action as ECF No. 68-1 has been examined pursuant to L.R. 65-3 and is recommended for approval. It is not required by law to be approved by a judge.

DATED: September 11, 2025    FROST LLP

By: _____
DAVID TIRATURYAN
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC