CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-cv-03643-MCS-(BFMx)<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**NOTICE OF ERRATA REGARDING DOCKET ENTRY NO. 69**<br><br>Action Filed: April 24, 2025<br>Trial Date: July 28, 2026 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that on September 11, 2025, Plaintiff and Counter-Defendant Northern Light Medical Management, LLC's ("NLMM") counsel, on behalf of NLMM, filed a Certificate by Attorney of Undertaking for Writ of Attachment (ECF No. 69) regarding the undertaking filed in this action as ECF No. 68-1.

    In doing so, counsel inadvertently stated that the undertaking "is not required by law to be approved by a judge." However, the undertaking is required by law to be approved by a judge; thus, concurrent with this Notice, NLMM is filing an Amended Certificate by Attorney of Undertaking for Writ of Attachment that corrects this error.

    NLMM respectfully requests that the Court disregard the Certificate filed as ECF No. 69 and consider the Amended Certificate in its place.

DATED: September 11, 2025    FROST LLP

By: _____
CHRISTOPHER FROST
BENJAMIN KASSIS
DAVID TIRATURYAN
Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically generate and send notice of this filing to all attorneys of record who have appeared in this case and who are registered users of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

DATED:  September 11, 2025     FROST LLP

By: _____
CHRISTOPHER FROST
BENJAMIN KASSIS
DAVID TIRATURYAN
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC