| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*<br>Christopher Frost (SBN 200336); Benjamin Kassis (SBN 298844); David Tiraturyan (SBN 350995)<br>FROST LLP<br>10960 Wilshire Boulevard, Suite 2100, Los Angeles, California 90024<br>TELEPHONE NO.: (424) 254-0441<br>E-MAIL ADDRESS *(Optional):* david1@frostllp.com    FAX NO. *(Optional):* (424) 600-8504<br>ATTORNEY FOR *(Name):* Northern Light Medical Management, LLC | **FOR COURT USE ONLY** |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS: 255 E. Temple Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Edward R. Roybal Federal Building and United States Courthouse

PLAINTIFF: Northern Light Medical Management, LLC

DEFENDANT: American Healthcare Systems Corp., Inc., et al.

| | |
|---|---|
| **WRIT OF ATTACHMENT**<br>☑ AFTER HEARING    ☐ EX PARTE | **CASE NUMBER:**<br>2:25-cv-03643-MCS-(BFMx) |

1. ☑ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☑ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☐ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):
   American Healthcare Systems Corp., Inc. | 505 N. Brand Blvd., Suite 1110 & 1200, Glendale, California 91203

   and the attachment is to secure: $ 412,081.29

5. Name and address of plaintiff: Northern Light Medical Management, LLC
   1895 Tyler Street, Suite 207, Hollywood, Florida 33020

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*
   All corporate property of American Healthcare Systems Corp., Inc. for which a method of levy is provided. Cal. Civ. Proc. Code § 487.010(a).

   ☐ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

8. ☐ The real property on which the
   ☐ crops described in item 6 __ are growing
   ☐ timber described in item 6 __ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: September 15, 2025    Clerk, by ___C. Howard___, Deputy
Courtroom Deputy Clerk

Page 1 of 1

CV-04D (05/18)
(AT-135 [Rev. January 1, 2003])

**WRIT OF ATTACHMENT**
**(Attachment)**

Code of Civ. Proc., § 488.010