# EXHIBIT A



# RE: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

| | |
|---|---|
| From | Tara Karamians <tara@gourjianlaw.com> |
| Date | Thu 9/4/2025 1:28 PM |
| To | Armen Papazian <armen@papazianlawfirm.com>; David Tiraturyan <david1@frostllp.com> |
| Cc | Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com> |

📎 2 attachments (320 KB)
AHS' [Proposed] Third Amend Answer and Counterclaim.pdf; AHS' Third Amend Answer and Counterclaim (RL Comparison to FG).docx;

[EXTERNAL E-MAIL]

David:

Attached, please find the PDF copy of AHS's Third Amended Counterclaim. For reference, I have also attached a comparison between AHS's Second and Third Amended Counterclaim in Word.

Sincerely,

Tara Karamians, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California  91203



818.956.0100 Telephone
818.660.2413 Direct
818.510.4092 Facsimile
tara@gourjianlaw.com
www.gourjianlaw.com

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers

# David Tiraturyan

| | |
|---|---|
| **From:** | David Tiraturyan |
| **Sent:** | Thursday, September 4, 2025 12:55 PM |
| **To:** | Armen Papazian; Tara Karamians |
| **Cc:** | Benjamin Kassis; Varand Gourjian; Alec Galustian |
| **Subject:** | Re: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference |

Any update on the draft?



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Tuesday, September 2, 2025 2:20:31 PM
**To:** Tara Karamians <tara@gourjianlaw.com>; David Tiraturyan <david1@frostllp.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** Re: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

[E<span>XTERNAL</span> E-<span>MAIL</span>]

Thank you David,

We will email you the counterclaim draft so that you may attach it to the stipulation.

Armen Papazian, Esq.
Papazian Law, APC
15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272
Fax: 818 697-8278

On Tuesday, September 2, 2025 at 12:00:09 PM PDT, David Tiraturyan <david1@frostllp.com> wrote:

Tara and Armen,

Please find attached a draft of the joint stip for AHS to amend its counterclaim.

If you have any edits, please make them in redline and flip back to me so I can incorporate. Also note that the proposed third amended counterclaim must be attached as an exhibit to the stip.

We should get this on file sufficiently in advance of the Sept. 5 response deadline so the court can enter it before then.

Finally, please review the stipulated protective order I sent you last week and flip that back to me as well.

Thanks,

DT

![FROST]

David Tiraturyan

Associate

Email: david1@frostllp.com

Phone: (424) 254-0441

10960 Wilshire Blvd., Suite 2100

Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Friday, August 29, 2025 2:26 PM

**To:** David Tiraturyan <david1@frostllp.com>; Tara Karamians <tara@gourjianlaw.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** Re: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

[EXTERNAL E-MAIL]

Will do.

Best regards,


Armen Papazian, Esq.

Papazian Law, APC

15260 Ventura Blvd., Suite 960

Sherman Oaks, CA 91403

Tel: 818 697-8272


On Friday, August 29, 2025, 5:15 PM, David Tiraturyan <david1@frostllp.com> wrote:

> We're fine with that. Let's hop on a quick call at 3 to discuss logistics re: stip, etc.
> You can just call my cell: (818) 398-9696.
>
> Thanks,
> DT
>
> 
>
> David Tiraturyan
> Associate
> Email: david1@frostllp.com
> Phone: (424) 254-0441
> 10960 Wilshire Blvd., Suite 2100
> Los Angeles, CA 90024
>
> This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Friday, August 29, 2025 1:45 PM
**To:** David Tiraturyan <david1@frostllp.com>; Tara Karamians <tara@gourjianlaw.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** Re: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

[EXTERNAL E-MAIL]

Hi David,

We will be amending the counter claim to substitute in a breach of contract claim for the promissory fraud claim. I am currently out of town, but can hop on a call at 2:30 or 3pm Los Angeles time if you would like to discuss.

Best regards,

Armen Papazian, Esq.
Papazian Law, APC
15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272

On Thursday, August 28, 2025, 7:21 PM, David Tiraturyan <david1@frostllp.com> wrote:

> Tara and Armen,
>
> Please confirm that you'll be ready to finish meeting and conferring by tomorrow. I'm available for a call between 1 and 2pm, or after 3.
>
> Thx
>
> 
>
> David Tiraturyan
> Associate
> Email: david1@frostllp.com
> Phone: (424) 254-0441
> 10960 Wilshire Blvd., Suite 2100
> Los Angeles, CA 90024
>
> This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.
>
> **From:** David Tiraturyan
> **Sent:** Friday, August 22, 2025 3:27 PM
> **To:** Armen Papazian <armen@papazianlawfirm.com>; Tara Karamians

<<a href="mailto:tara@gourjianlaw.com">tara@gourjianlaw.com</a>>
**Cc:** Benjamin Kassis <<a href="mailto:ben@frostllp.com">ben@frostllp.com</a>>; Varand Gourjian <<a href="mailto:varand@gourjianlaw.com">varand@gourjianlaw.com</a>>; Alec Galustian <<a href="mailto:alec@gourjianlaw.com">alec@gourjianlaw.com</a>>
**Subject:** RE: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

The counterclaim is 6 pages long and asserts 1 claim. Your respective firms have been in this case since at least Aug. 8, so I'm not sure how much more analysis you need to do. But sure, Sept. 5 is fine. Just note that we'll need to finish meeting & conferring at least one week before then.

Thanks,
DT



David Tiraturyan
Associate
Email: <a href="mailto:david1@frostllp.com">david1@frostllp.com</a>
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Armen Papazian <<a href="mailto:armen@papazianlawfirm.com">armen@papazianlawfirm.com</a>>
**Sent:** Friday, August 22, 2025 3:13 PM
**To:** Tara Karamians <<a href="mailto:tara@gourjianlaw.com">tara@gourjianlaw.com</a>>; David Tiraturyan <<a href="mailto:david1@frostllp.com">david1@frostllp.com</a>>
**Cc:** Benjamin Kassis <<a href="mailto:ben@frostllp.com">ben@frostllp.com</a>>; Varand Gourjian <<a href="mailto:varand@gourjianlaw.com">varand@gourjianlaw.com</a>>; Alec Galustian <<a href="mailto:alec@gourjianlaw.com">alec@gourjianlaw.com</a>>
**Subject:** Re: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

[EXTERNAL E-MAIL]

David,

It is not just the review. It is the review, analysis, consideration of the options on how to move forward, and consulting with our client as to all of the foregoing, and then we need time to communicate our stance to your office. Although you have been involved in this case from the beginning, we have not. We would respectfully request that you allow until September 5, which is only 3 additional days.

Thank you,

Armen Papazian, Esq.
Papazian Law, APC
15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272

Fax: 818 697-8278

On Friday, August 22, 2025 at 02:44:13 PM PDT, David Tiraturyan <david1@frostllp.com> wrote:

Do Sept. 2 instead of Sept. 5. There's no reason it should take that long to review the counterclaim and MTD. Once you make that change, you can sign for me.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Tara Karamians <tara@gourjianlaw.com>
**Sent:** Friday, August 22, 2025 2:23 PM
**To:** David Tiraturyan <david1@frostllp.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

[EXTERNAL E-MAIL]

Hi David,

Please see attached in word. Upon your approval, I will have my paralegal file the same. Please note that September 1st is labor day so we have extended the deadline to September 5th.

Sincerely,

Tara Karamians, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California  91203

gourjianlaw

818.956.0100 Telephone
818.660.2413 Direct
818.510.4092 Facsimile
tara@gourjianlaw.com

[www.gourjianlaw.com](www.gourjianlaw.com)

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Thursday, August 21, 2025 5:39 PM
**To:** Tara Karamians <tara@gourjianlaw.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Tara. See my edits and comments attached.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Tara Karamians <tara@gourjianlaw.com>
**Sent:** Thursday, August 21, 2025 4:52 PM
**To:** David Tiraturyan <david1@frostllp.com>; Armen Papazian <armen@papazianlawfirm.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

[EXTERNAL E-MAIL]

Hi David,

Pursuant to your emails below, please find attached a draft stipulation for your review and comment. Kindly provide your revisions using tracked changes in the Word document.

I look forward to hearing from you soon.

Sincerely,

Tara Karamians, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California 91203

gourjianlaw

818.956.0100 Telephone
818.660.2413 Direct
818.510.4092 Facsimile
tara@gourjianlaw.com
www.gourjianlaw.com

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Wednesday, August 20, 2025 6:56 PM
**To:** Armen Papazian <armen@papazianlawfirm.com>; Tara Karamians <tara@gourjianlaw.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** RE: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sure, put one together and send me a draft for comment.
But just so we're clear, if the court denies it or doesn't enter it prior to our deadline, we're going to move forward with our MTD.
Unless, of course, you're willing to withdraw the counterclaim or amend it to a breach of contract claim.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Armen Papazian <armen@papazianlawfirm.com>
**Sent:** Wednesday, August 20, 2025 6:23 PM

**To:** David Tiraturyan <david1@frostllp.com>; Tara Karamians <tara@gourjianlaw.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** Re: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

[EXTERNAL E-MAIL]

Hi David,

I haven't yet had an opportunity to analyze the counterclaim and your prior motion to dismiss. I propose that we file a stipulation with the court to allow for more time for us to do so. Are you agreeable to this approach?

Best regards,

Armen Papazian, Esq.
Papazian Law, APC
15260 Ventura Blvd., Suite 960
Sherman Oaks, CA 91403
Tel: 818 697-8272

On Wednesday, August 20, 2025, 6:09 PM, David Tiraturyan <david1@frostllp.com> wrote:

> Tara and Armen,
>
> Given that I didn't hear back from you since our call on Friday, I'm assuming that AHS is sticking by its counterclaim. If so, we're going to proceed with filing our motion to dismiss on the same grounds on Aug. 25.
>
> Thanks,
> DT
>
> 
>
> David Tiraturyan
> Associate
> Email: david1@frostllp.com
> Phone: (424) 254-0441
> 10960 Wilshire Blvd., Suite 2100
> Los Angeles, CA 90024
>
> This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.
>
> **From:** David Tiraturyan
> **Sent:** Wednesday, August 13, 2025 5:00 PM
> **To:** Tara Karamians <tara@gourjianlaw.com>

**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>; 'Armen Papazian' <armen@papazianlawfirm.com>
**Subject:** RE: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

Sure, I'll circulate a Teams link. Thanks.



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

---

**From:** Tara Karamians <tara@gourjianlaw.com>
**Sent:** Wednesday, August 13, 2025 3:47 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>; 'Armen Papazian' <armen@papazianlawfirm.com>
**Subject:** RE: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

[EXTERNAL E-MAIL]

Yes, 3:00 pm works. Will you be circulating an outlook invite? If so, kindly make sure to circulate the invitation to Mr. Papazian as well.

Thank you,

Tara Karamians, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California  91203

818.956.0100 Telephone
818.660.2413 Direct
818.510.4092 Facsimile

tara@gourjianlaw.com
www.gourjianlaw.com

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Tuesday, August 12, 2025 4:52 PM
**To:** Tara Karamians <tara@gourjianlaw.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>; 'Armen Papazian' <armen@papazianlawfirm.com>
**Subject:** RE: Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

You don't often get email from david1@frostllp.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

How's Friday at 3pm?



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Tara Karamians <tara@gourjianlaw.com>
**Sent:** Tuesday, August 12, 2025 4:49 PM
**To:** David Tiraturyan <david1@frostllp.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>; 'Armen Papazian' <armen@papazianlawfirm.com>
**Subject:** RE: Northern Light Medical Management, LLC v. Am.

Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

[E<span style="font-variant:small-caps">XTERNAL</span> E-<span style="font-variant:small-caps">MAIL</span>]

Hi David,

I have scheduled depositions every day this week, except for Friday. Please let me know your availability for Friday this week, or Monday or Tuesday the following week.

Sincerely,

Tara Karamians, Esq.
GOURJIAN LAW GROUP, P.C.
101 North Brand Boulevard, Suite 1220
Glendale, California  91203

gourjianlaw

818.956.0100 Telephone
818.660.2413 Direct
818.956.0123 Facsimile
tara@gourjianlaw.com
www.gourjianlaw.com

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers

**From:** David Tiraturyan <david1@frostllp.com>
**Sent:** Monday, August 11, 2025 1:05 PM
**To:** Tara Karamians <tara@gourjianlaw.com>
**Cc:** Benjamin Kassis <ben@frostllp.com>; Varand Gourjian <varand@gourjianlaw.com>; Alec Galustian <alec@gourjianlaw.com>
**Subject:** Northern Light Medical Management, LLC v. Am. Healthcare Systems Corp., Inc., et al. - L.R. 7-3 Prefiling Conference

Some people who received this message don't often get email from david1@frostllp.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tara,

It was a pleasure speaking with you this morning. Once you get your appearance on file, let me know your availability to meet and confer this week regarding NLMM's motion to dismiss as to AHS's counterclaim. I'm generally available on Wednesday afternoon or could do Thursday after 3pm, but I can make other times work too depending on what you suggest.

Separately, I'll discuss what we talked about re: a potential path to settlement with my clients and get back to you.

Thanks,
DT



David Tiraturyan
Associate
Email: david1@frostllp.com
Phone: (424) 254-0441
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.