CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-cv-03643-MCS (BFMx)<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>*Magistrate Judge:*<br>*Hon. Brianna Fuller Mircheff*<br><br>**[DISCOVERY MATTER]**<br><br>**STIPULATION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

65154.1

STIPULATION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Northern Light Medical Management, LLC, Defendant and Counterclaimant American Healthcare Systems Corp., Inc., and Defendant Waukegan Illinois Hospital Company, LLC d.b.a. Vista Medical Center East (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to entry of the [Proposed] Stipulated Protective Order, filed concurrently herewith.

The [Proposed] Stipulated Protective Order and [Proposed] Order thereon are based on the model order provided on Magistrate Judge Brianna Fuller Mircheff's Procedures and Schedules webpage.[1] The Parties are also filing a redline comparison showing changes from the model order. Word versions of the [Proposed] Stipulated Protective Order, [Proposed] Order, and redline comparison will be provided by email to Judge Mircheff's chambers.

DATED: October 20, 2025   By: _____
David Tiraturyan
FROST LLP
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

DATED: October 20, 2025   By:   /s/ Tara Karamians
Tara Karamians
GOURJIAN LAW GROUP, P.C.
Attorney for Defendants and Counterclaimant
AMERICAN HEALTHCARE SYSTEMS CORP., INC. and WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC

---

[1] https://apps.cacd.uscourts.gov/Jps/honorable-brianna-fuller-mircheff.

65154.1

1
STIPULATION FOR ENTRY OF PROTECTIVE ORDER

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby certifies that all signatories listed above have concurred in the filing of this document.

DATED: October 20, 2025     FROST LLP

By: _____
DAVID TIRATURYAN
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC