CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
RACHEL DUBOFF (SBN 343844)
rduboff@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:25-cv-03643-MCS-BFMx<br><br>*Assigned to: Hon. Mark C. Scarsi*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed:  April 24, 2025<br>Trial Date:    July 28, 2026 |

92904.1

JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rules 16-15.7 and 40-2, Plaintiff and Counter-Defendant Northern Light Medical Management, LLC ("NLMM"), Defendant and Counterclaimant American Healthcare Systems Corp., Inc. ("AHS"), and Defendant Waukegan Illinois Hospital Company, LLC ("Vista") (collectively, the "Parties"), by and through their respective counsel of record, hereby notify the Court that the Parties have reached a settlement of all claims and counterclaims in this action.

On February 9, 2026, the Parties participated in a Settlement Conference before Magistrate Judge Brianna Fuller Mircheff. At the conclusion of the Settlement Conference, the Parties reached a settlement, and the material terms were placed on the record. (*See* ECF No. 87.)

The Parties are in the process of finalizing a written settlement agreement and respectfully request that the Court (i) adjourn or stay all pending dates and deadlines, and (ii) allow thirty (30) days from the date of this Notice for the Parties to file a joint stipulation for dismissal of this action with prejudice, with the Court retaining jurisdiction to enforce the settlement.

DATED: February 11, 2026     FROST LLP

By: _____
CHRISTOPHER FROST
BENJAMIN KASSIS
DAVID TIRATURYAN
RACHEL DUBOFF
Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

| | | |
|---|---|---|
| 1 | DATED: February 11, 2026 | GOURJIAN LAW GROUP, P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: _/s/ Armen Papazian_ |
| 5 | | VARAND GOURJIAN<br>ARMEN PAPAZIAN |
| 6 | | Attorneys for Defendants and Counterclaimant |
| 7 | | AMERICAN HEALTHCARE SYSTEMS<br>CORP., INC. and WAUKEGAN ILLINOIS |
| 8 | | HOSPITAL COMPANY, LLC |

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby certifies that all signatories listed above have concurred in the filing of this document.

DATED: February 11, 2026    FROST LLP

By: _____
DAVID TIRATURYAN
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC