CHRISTOPHER FROST (SBN 200336)
chris@frostllp.com
BENJAMIN KASSIS (SBN 298844)
ben@frostllp.com
DAVID TIRATURYAN (SBN 350995)
david1@frostllp.com
RACHEL DUBOFF (SBN 343844)
rduboff@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHERN LIGHT MEDICAL MANAGEMENT, LLC, a Wyoming limited liability company, | Case No. 2:25-cv-03643-MCS (BFMx) |
| Plaintiff, | Assigned to: Hon. Mark C. Scarsi |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN HEALTHCARE SYSTEMS CORP., INC., a Nevada corporation; WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC, d.b.a. VISTA MEDICAL CENTER EAST, an Illinois limited liability company; DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Northern Light Medical Management, LLC, on the one hand, and Defendant and Counterclaimant American Healthcare Systems Corp., Inc. and Defendant Waukegan Illinois Hospital Company, LLC, on the other hand, (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to dismiss the above-entitled action and all claims and defenses asserted therein with prejudice. Each Party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action; provided, however, that nothing in this Stipulation shall limit, waive, or otherwise affect any Party's right to recover attorneys' fees, costs, and expenses in connection with any proceeding to enforce or interpret the Parties' settlement agreement.

The Parties further respectfully request that the Court retain jurisdiction to enforce the terms of their settlement agreement.

DATED:  March 27, 2026          FROST LLP


By:      /s/ David Tiraturyan
CHRISTOPHER FROST
BENJAMIN KASSIS
DAVID TIRATURYAN
RACHEL DUBOFF
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL MANAGEMENT, LLC

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

DATED:  March 27, 2026          GOURJIAN LAW GROUP, P.C.


By: *Varand Gourjian*
VARAND GOURJIAN
Attorneys for Defendant and Counterclaimant
AMERICAN HEALTHCARE SYSTEMS
CORP., INC. and Defendant WAUKEGAN
ILLINOIS HOSPITAL COMPANY, LLC

3

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby certifies that all signatories listed above have concurred in the filing of this document.

DATED:  March 27, 2026          FROST LLP

By:          */s/ David Tiraturyan*
DAVID TIRATURYAN
Attorney for Plaintiff and Counter-Defendant
NORTHERN LIGHT MEDICAL
MANAGEMENT, LLC

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE